**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
RICHMOND COUNTY, GEORGIA

**2021RCCV00481**
**DANIEL J. CRAIG**
**AUG 23, 2021 09:46 AM**

*Hattie Holmes Sullivan*
Hattie Holmes Sullivan, Clerk
Richmond County, Georgia

In the Superior Court of Richmond County
State of Georgia

| | |
|---|---|
| Valencia Colon, Plaintiff ) | |
| ) | |
| v. ) | Civil Action File No. |
| ) | |
| Richard Roundtree, Hardie Davis, William Fennoy, ) | 2021RCCV00481 |
| Dennis Williams, Mary Davis, Sammie Sias, Bobby ) | |
| Williams, Ben Hasan, Sean Frantom, Brandon Garrett, ) | |
| Marion Williams, John Clarke, Odie Donald II, Maurice ) | |
| McDowell, Charlie T. Walker, John Does 1-5 and ABC ) | |
| Corp. 1 - 5. ) | |

## WAIVER OF SERVICE OF SUMMONS

To: J. Wickliffe Cauthorn
201 Cherokee Street
Marietta, Georgia 30060

I acknowledge receipt of your request that I waive service of a summons in the above-styled action. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by the Georgia Rules of Civil Procedure. I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer is not served upon you within 60 days after the date this waiver was sent, or within 90 days after that date if the request for the waiver was sent outside the United States.

This 20th day of August, 2021.

[SIGNATURE ON FOLLOWING PAGE]

_____
Randolph Frails, Attorney for Richard
Roundtree, Hardie Davis, William Fennoy,
Dennis Williams, Mary Davis, Sammie Sias,
Bobby Williams, Ben Hasan, Sean Frantom,
Brandon Garrett, Marion Williams, John
Clarke, Odie Donald II, Maurice McDowell, and
Charlie T. Walker