IN THE SUPERIOR COURT OF RICHMOND COUNTY
STATE OF GEORGIA

| | |
|---|---|
| VALENCIA COLON,<br><br>    Plaintiff,<br><br>V.<br><br>RICHARD ROUNDTREE, HARDIE DAVIS, WILLIAM FENNOY, DENNIS WILLIAMS, MARY DAVIS, SAMMIE SIAS, BOBBY WILLIAMS, BEN HASSAN, SEAN FRANTOM, BRANDON GARRETT, MARION WILLIAMS, JOHN CLARKE, ODIE DONALD II, MAURICE MCDOWELL, CHARLIE T. WALKER, JOHN DOES 1-5 AND ABC CORP 1-5,<br><br>    Defendants. | CIVIL ACTION NO.: 2021-RCCV-00481 |

## NOTICE OF FILING NOTICE OF REMOVAL

COME NOW Defendants pursuant to 28 U.S.C. § 1446 and notify this Court that a Notice of Removal was filed in the United States District Court for the Southern District of Georgia, Augusta Division with regard to this action. A copy of the Notice of Removal (without exhibits) is attached hereto as Exhibit A. Pursuant to 28 U.S.C. § 1446(d), further proceedings in the Superior Court of Richmond County are stayed unless and until the case is remanded.

Respectfully submitted this 20th day of September 2021.

/s/Tameka Haynes
**Randolph Frails**
Georgia Bar No. 272729
**Tameka Haynes**
Georgia Bar No. 453026

*Attorneys for Defendants*

1

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile:  706-855-7631
randyfrails@frailswilsonlaw.com
thaynes@frailswilsonlaw.com

IN THE SUPERIOR COURT OF RICHMOND COUNTY
STATE OF GEORGIA

| | |
|---|---|
| VALENCIA COLON,<br><br>   Plaintiff,<br><br>V.<br><br>RICHARD ROUNDTREE, HARDIE DAVIS, WILLIAM FENNOY, DENNIS WILLIAMS, MARY DAVIS, SAMMIE SIAS, BOBBY WILLIAMS, BEN HASSAN, SEAN FRANTOM, BRANDON GARRETT, MARION WILLIAMS, JOHN CLARKE, ODIE DONALD II, MAURICE MCDOWELL, CHARLIE T. WALKER, JOHN DOES 1-5 AND ABC CORP 1-5,<br><br>   Defendants. | CIVIL ACTION NO.:2021-RCCV-00481 |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date served a copy of the foregoing **Notice of Filing** via PeachCourt's electronic notifications, email, or the United States Mail with adequate postage attached thereon to:

J. Wickliffe Cauthorn
The Cauthorn Firm
1984 Howell Mill Road, PO Box 20059
Atlanta, GA 30325
wick@thecauthornfrim.com

This 20th day of September 2021.

/s/Tameka Haynes
**Randolph Frails**
Georgia Bar No. 272729
**Tameka Haynes**
Georgia Bar No. 453026

*Attorneys for Defendants*

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile:  706-855-7631
randyfrails@frailswilsonlaw.com
thaynes@frailswilsonlaw.com

3