IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| VALENCIA COLON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 121-149 |
| | ) | |
| RICHARD ROUNDTREE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**SCHEDULING ORDER**

In consideration of Fed. R. Civ. P. 16(b), the Local Rules, and the Rule 26(f) Report, the Court imposes the following scheduling deadlines:

| | |
|---|---|
| DATE OF RULE 26(f) CONFERENCE | October 25, 2021 |
| LAST DAY FOR FILING MOTIONS TO AMEND OR ADD PARTIES | January 18, 2022 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY PLAINTIFF | February 22, 2022 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY DEFENDANT | March 24, 2022 |
| CLOSE OF DISCOVERY | May 20, 2022 |
| JOINT STATUS REPORT[1] | May 20, 2022 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | June 20, 2022 |

SO ORDERED this 13th day of December, 2021, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] On the date the discovery period expires, the parties shall file a Joint Status Report, found on the Court's website under Forms, Judge Epps Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps.  Any extension of the discovery period automatically extends the Joint Status Report deadline.