IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| VALENCIA COLON,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD ROUNDTREE, HARDIE DAVIS, WILLIAM FENNOY, DENNIS WILLIAMS, MARY DAVIS, SAMMIE SIAS, BOBBY WILLIAMS, BEN HASAN, SEAN FRANTOM, BRANDON GARRETT, MARION WILLIAMS, JOHN CLARKE, ODIE DONALD II, MAURICE MCDOWELL, CHARLIE T. WALKER, JOHN DOES 1-5, and ABC CORP 1-5,<br><br>    Defendants. | CASE NO.: 1:21-cv-149 |

_____

**JOINT STATUS REPORT**
_____

1. Do the parties agree mediation should be attempted prior to summary judgment motions, and all deadlines stayed for this purpose?
   ☐ YES            ☒ NO

2. If the parties answered yes to question 1, do the parties prefer (a) a private mediator; or (b) a magistrate or bankruptcy judge?
   ☐ Private Mediator      ☐ Magistrate or Bankruptcy Judge

3. If the parties prefer a private mediator, specify a date-certain deadline for mediation to be completed and the stay lifted. From that date, summary judgment motions will be due in thirty days.

   N/A

4. If the parties prefer a magistrate or bankruptcy judge as mediator, list two dates within the next six weeks when all parties and their authorized representatives are available for mediation.

   N/A

This 23rd day of May, 2022.

<table>
<tr><td>

/s/Tameka Haynes
**Randolph Frails**
Georgia Bar No. 272729
**Tameka Haynes**
Georgia Bar No. 453026
*Attorneys for Defendants*

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile:  706-855-7631
randyfrails@frailswilsonlaw.com
thaynes@frailswilsonlaw.com

</td><td>

/s/J. Wickliffe Cauthorn
**J. Wickliffe Cauthorn**
Georgia Bar No. 907911
*Attorney for Plaintiff*

**The Cauthorn Firm**
201 Cherokee Street
Marietta, Georgia 30060
Phone: 404-991-2700
Facsimile: 404-902-5609
wick@thecauthornfirm.com

/c/Charles Wills
**Charles Wills**
Georgia Bar No. 254329
*Attorney for Plaintiff*

**Wills Law Firm**
318 Jackson Street
Thomson, Georgia 30824
Phone: 706-595-8100
charles@willslawfirmllc.com

</td></tr>
</table>