# Contract

*Augusta*
GEORGIA
PARKS & RECREATION

Recreation Administration
2027 Lumpkin Rd
Augusta, GA 30906

PHONE:(706) 796-5025
FAX:(706) 796-4099

**Contract # R4769**
Status  Approved
Date  Jan 16, 2019 1:30 PM

| | | | |
|---|---|---|---|
| Organization Name | 25 Gents Inc - 48 | Organization Phone 1 Number | ▇▇▇▇▇▇ |
| Customer Type | Commercial | | |
| Organization Address | 335 Taylor Street Augusta, GA 30901 | | |
| Agent Name | Willie J. Washington | Work Phone Number | ▇▇▇▇▇▇ |
| | | Email Address | 25gentsinc@gmail.com |
| System User | Mary Kuhlke | Payer | 25 Gents Inc |

| | |
|---|---:|
| Rental Fee | $1,100.00 |
| Discounts | $0.00 |
| Subtotal | $1,100.00 |
| Deposits | $0.00 |
| Deposit Discounts | $0.00 |
| Total Permit Fee | $1,100.00 |
| Total Payment | $1,100.00 |
| Refunds | $0.00 |
| Balance | $0.00 |

## Dance

1 resource(s)   1 booking(s)   **Subtotal: $1,100.00**

### Booking Summary

**Lake Olmstead - Julian Smith Casino (Private Function)**   Center: Lake Olmstead

| START DATE | START TIME | END DATE | END TIME | ATTENDEE | AMT W/O TAX |
|---|---|---|---|---|---|
| Jun 14, 2019 | 10:00 AM | Jun 14, 2019 | 11:30 PM | 300 | $800.00 |
| Resource level fees | | | | | $300.00 |

### Custom Questions

| QUESTION | ANSWER |
|---|---|
| Will you be selling tickets? | Yes |
| If yes, Advanced or at the door? | Advanced |
| Will you be serving alcohol? | Yes |
| Are you aware that serving alcohol requires security from the Richmond County Sheriff's Department? (see the facility usage waiver for details) | |

### Deposit

| EVENT | RESOURCE | DEPOSIT FEE | CHARGE | TAX | AMOUNT PAID | REFUNDS | BALANCE |
|---|---|---|---|---|---|---|---|
| Dance | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# R4769   Status  Approved

Page 1 of 2

**EXHIBIT A**

9/16/21, 3:03 PM

Receipt #1003296.046

**Recreation Administration**
2027 Lumpkin Rd
Augusta, GA 30906
Phone: (706) 796-5025
FAX: (706) 796-4099
Email: --

**Receipt #1003296.046**
Mar 22, 2019 1:08 PM

25 GENTS INC
WILLIE J. WASHINGTON
ORGANIZATION EXECUTIVE
335 TAYLOR STREET
AUGUSTA, GA 30901

*Augusta*
**G E O R G I A**
**PARKS & RECREATION**

Prepared By: Teasha Prioleau
Company ID: 48

Home phone: --, Work phone: (706) 722-1429

### Payment Summary

| | | | | |
|---|---|---|---|---|
| | Check: | $1,100.00 Check # 3661 | | |
| | **Total Received:** | $1,100.00 | **Total Payments:** | $1,100.00 |

### Transactions

| Customer | Description | Item | Unit | Qty | Fee | Charge |
|---|---|---|---|---|---|---|
| Willie J. Washington<br>335 Taylor Street<br>Augusta, GA 30901<br>Home phone: --<br>Email: 25gentsinc@gmail.com<br>ID: 336 | Dance<br>**Action:** Paid on Account Balance [1]<br>Location: Lake Olmstead - Julian Smith Casino at Lake Olmstead<br>Contract #R4769 | Clean Up/Damage Deposit | Each | | | $300.00 |
| Willie J. Washington<br>335 Taylor Street<br>Augusta, GA 30901<br>Home phone: --<br>Email: 25gentsinc@gmail.com<br>ID: 336 | Dance<br>**Action:** Paid on Account Balance [1]<br>Location: Lake Olmstead - Julian Smith Casino at Lake Olmstead<br>Contract #R4769 | R-Julian Smith Casino | Each | | | $800.00 |

Total Charges $1,100.00
Total Payments $1,100.00
Balance $0

[1] **Payment Schedule for Original Balance of $1,100.00**

| Due Date | Amount Due | Amount Paid | Withdrawal Adjustment | Balance |
|---|---|---|---|---|
| Jun 14, 2019 | $1,100.00 | $1,100.00 | $0 | $0 |
| | | **Current Balance** | | $0 |
| | | **Due Now** | | $0 |

All Sales are Final.

Thank you for choosing Augusta Recreation and Parks Department!

**#PlayAUGUSTA**

Lake Olmstead - Julian Smith Casino · Clean Up /Damage Deposit

## Payment and Refund

| RECEIPT # | DATE | FEE DESCRIPTION | EVENT | RESOURCE | PAYMENT / REFUND |
|---|---|---|---|---|---|
| 1003296.046 | Mar 22, 2019 | Clean Up/Damage Deposit | Dance | Lake Olmstead - Julian Smith Casino | $300.00 |
| 1003296.046 | Mar 22, 2019 | R-Julian Smith Casino | Dance | Lake Olmstead - Julian Smith Casino | $800.00 |
| 3004344.046 | Jun 21, 2019 | Clean Up/Damage Deposit | Dance | Lake Olmstead - Julian Smith Casino | -$300.00 |
| 3004344.046 | Jun 21, 2019 | JS Casino Forfeit Deposit | Dance | Lake Olmstead - Julian Smith Casino | $300.00 |

X: _____

Date: _____

**Recreation Administration**
Mailing Address: 2027 Lumpkin Rd, Augusta, GA 30906
Phone Number: (706) 796-5025
Fax Number: (706) 796-4099

X: _____

Date: _____

**25 Gents Inc**
Customer Type: Commercial
Customer ID: 336
Mailing Address: 335 Taylor Street, Augusta, GA 30901
Organization Phone 1 Number: ▉▉▉▉▉
Authorized Agent Name: Willie J. Washington
Work Phone Number: ▉▉▉▉▉
Email Address: 25gentsinc@gmail.com

# R4769   Status Approved