IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| Valencia Colon,<br><br>Plaintiff,<br><br>v.<br><br>Richard Roundtree, et al.,<br><br>Defendant. | Civil Action File No.<br>1:21-cv-00149-JRH-BKE |

## Request for Extension of Time to Respond

Plaintiff's Counsel, J. Wickliffe Cauthorn, has had a family emergency and needs to travel out of state to South Carolina immediately.

Pursuant to Local Rule 6.1 Plaintiff requests an extension of time to respond to Defendants' Motion for Partial Summary Judgment until Tuesday, July 12, 2022.

Dated: July 8, 2022.

THE CAUTHORN FIRM

<u>*/s/J. Wickliffe Cauthorn*</u>
J. Wickliffe Cauthorn
Georgia Bar No. 907911

wick@thecauthornfirm.com
1984 Howell Mill Road
PO Box 20059
Atlanta, Georgia 30325
(404) 991-2700
Fax: (404) 902-5609

<u>Certificate of Service</u>

The undersigned certifies a copy of the foregoing was served upon counsel of record via this Court's electronic case filing (ECF) system. Attorneys of record are

Tameka Haynes
Frails & Wilson LLC
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
randyfrails@frailswilsonlaw.com
thaynes@frailswilsonlaw.com

This 8th day of July, 2022.

                                        THE CAUTHORN FIRM

                                        <u>/s/J. Wickliffe Cauthorn</u>
                                        J. Wickliffe Cauthorn
                                        Georgia Bar No. 907911