IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| Valencia Colon,<br><br>Plaintiff,<br><br>v.<br><br>Richard Roundtree, et al.,<br><br>Defendant. | Civil Action File No.<br>1:21-cv-00149-JRH-BKE |

## Proposed Order: Consent Request for Extension of Time to Respond

Plaintiff's Request for Extension of Time to Respond by consent is hereby granted. Plaintiff shall respond to Defendants' Motion for Partial Summary Judgment by July 12, 2022.

Dated: July 8, 2022.



s/ Paul Sullivan, for
_____
Clerk, United States District Court,
Southern District of Georgia

Presented by:

                THE CAUTHORN FIRM

                */s/J. Wickliffe Cauthorn*
                J. Wickliffe Cauthorn
                Georgia Bar No. 907911

wick@thecauthornfirm.com
1984 Howell Mill Road
PO Box 20059
Atlanta, Georgia 30325
(404) 991-2700
Fax: (404) 902-5609

<u>Certificate of Service</u>

The undersigned certifies a copy of the foregoing was served upon counsel of record via this Court's electronic case filing (ECF) system. Attorneys of record are

Tameka Haynes
Frails & Wilson LLC
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
randyfrails@frailswilsonlaw.com
thaynes@frailswilsonlaw.com

This 8th day of July, 2022.

THE CAUTHORN FIRM

<u>/s/J. Wickliffe Cauthorn</u>
J. Wickliffe Cauthorn
Georgia Bar No. 907911