IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| Valencia Colon, <br><br> Plaintiff, <br><br> v. <br><br> Richard Roundtree, et al., <br><br> Defendant. | Civil Action File No. <br> 1:21-cv-00149-JRH-BKE |

## Notice of Deposition to Augusta-Richmond County

To: Tameka Haynes
Frails & Wilson LLC
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
thaynes@frailswilsonlaw.com

On February 4, 2022 beginning at 1 PM, pursuant to agreement of counsel and Fed. R. Civ. P. 30(b)(6), Plaintiff's counsel will take the deposition of designated individuals from Augusta-Richmond County. The purpose of the deposition is any use allowed by Federal and/or State Law.

The parties have agreed, the subject of matter of the deposition will be Augusta-Richmond County Parks and Recreation Department policies and events at Julian Smith Casino.

The deposition will be conducted via Zoom or other remote video conferencing system. The Court Reporter is directed to send all appropriate links via email to wick@thecauthornfirm.com and thaynes@frailswilsonlaw.com.

The deposition will be video recorded and taken down by a licensed Court Reporter.

The deposition will continue from day to day until completed as allowed by law.

Dated: February 3, 2022.

                                          THE CAUTHORN FIRM

                                          <u>/s/J. Wickliffe Cauthorn</u>
                                          J. Wickliffe Cauthorn
                                          Georgia Bar No. 907911

wick@thecauthornfirm.com
201 Cherokee Street
Marietta, Georgia 30060
(404) 991-2700
Fax: (404) 902-5609
*Counsel for Plaintiff*


<u>Certificate of Service</u>

The undersigned certifies a copy of the foregoing was served upon counsel of record via this Court's electronic case filing (ECF) system. Attorneys of record are

Tameka Haynes
Frails & Wilson LLC
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
randyfrails@frailswilsonlaw.com
thaynes@frailswilsonlaw.com

  This 3d day of February, 2022.

            THE CAUTHORN FIRM

            <u>/s/J. Wickliffe Cauthorn</u>
            J. Wickliffe Cauthorn
            Georgia Bar No. 907911

wick@thecauthornfirm.com
201 Cherokee Street
Marietta, Georgia 30060
*Counsel for Plaintiff*