# In The Matter Of:

*Valencia Colon v.*

*Charlie Walker*

*May 10, 2022*

*Kellie K. Rodman, LLC*

*Certified Court Reporters*

*P. O. Box 500*

*Homer, Georgia  30547*

*678-614-8109*

Original File CWalkerGBIInterview.prn

**Min-U-Script® with Word Index**

Page 3

```
 1              IN RE: VALENCIA COLON
 2
 3            _____
 4       The following is a transcript from a video and audio
 5   recording of an interview with Deputy C. Walker
 6   transcribed by Kellie A. Jones, CCR, CVR-M, B-1671,
 7   Certified Court Reporter.
 8
 9              _____
10            Kellie K. Rodman, LLC
              Certified Court Reporters
              krodmanccr@gmail.com
11               678-614-8109
12
...
25
```

```
 1                P R O C E E D I N G S
 2            CHARLIE WALKER INTERVIEW BY
 3                  TONY WILLIAMSON
 4          GEORGIA BUREAU OF INVESTIGATION
 5
 6       Q.  I'm Tony Williamson; Special Agent Georgia
 7   Bureau of Investigation.
 8       A.  Yes, sir.
 9       Q.  And I just wanted to speak with you about
10   something that's come up.  Here's the situation; I'm
11   gonna be straight up. Someone's made an allegation
12   against you.  Did you work a special Friday night?
13       A.  Yes, sir.
14       Q.  Before we get into that, I want you to
15   understand --
16       A.  Yes, sir.
17       Q.  -- this is a criminal investigation.
18       A.  Whoa.
19       Q.  Okay.  If you'll hear me out --
20       A.  Yes, sir, yes, sir, yes, sir.
21       Q.  This is a criminal investigation.
22       A.  Yes, sir.
23       Q.  We've been asked to come in by the Sheriff's
24   office --
25       A.  Yes, sir.  Yes, sir.
```

Page 2

```
 1              Index to Transcripts
 2
 3   Charlie Walker by Investigator
 4       Willamson                                      03
 5
...
15              TRANSCRIPT LEGEND
16   . . .(ellipsis)    Halting speech or an unfinished
17                      sentence in dialogue or an omission
18                      when reading written material
19   --   (dashes)      Break in speech continuity
20   (ph)               Spelled phonetically
21   (sic)              In its original form
22   (Inaudible)        Break in audio recording or cross-
23                      talk
24
25
```

Page 4

```
 1       Q.  -- which is not an uncommon situation.
 2       A.  Yes, sir, yes, sir.
 3       Q.  Okay.  You don't have to talk to me if you
 4   don't want to.
 5       A.  Yes, sir, yes, sir
 6       Q.  If you do decide to talk to me, you can stop
 7   the interview any time.
 8       A.  Yes, sir.
 9       Q.  And you can leave at any time.
10       A.  Yes, sir.
11       Q.  Okay?  You understand?
12       A.  Yes, sir, yes, sir, yes, sir.  I can go on into
13   --
14       Q.  Well, let's get started.
15       A.  Yes, sir, yes, sir.
16       Q.  And just so you know, everything we're gonna be
17   talking about is recorded --
18       A.  Yes, sir, yes, sir.
19       Q.  I'm gonna make a few notes, but that's just for
20   me.
21       A.  Yes, sir.  Yes, sir.
22       Q.  The truth is what you say --
23       A.  Yes, sir.
24       Q.  -- as far as what's said in this room, it comes
25   from the video and the sound, you see what I'm saying?
```

Page 5

1   A. Yes, sir. I see --
2   Q. And that's the only way I would want it.
3   A. Yes, sir.
4   Q. I would want the same.
5       And I'll be honest with you, I'll be straight
6   up, a female made allegations against you -- you worked a
7   special --
8   A. At Julian --
9   Q. -- at Julian Smith Casino?
10  A. Yes, sir.
11  Q. And this female made an allegation that y'all
12  had sex.
13  A. Yes, sir. It was consensual sex, yes, sir.
14  Q. All right.
15  A. Yes, sir.
16  Q. Let me say this and this female -- do you
17  remember her name?
18  A. Last name was Colon. I have it in my phone.
19  Q. Okay. Valencia Colon?
20  A. As a matter of fact, Ms. Colon (shows his
21  phone).
22  Q. C-o-l-o-n?
23  A. Yes, sir. Is that her phone number?
24  Q. Yeah, let me see. Can I take a picture of your
25  phone?

Page 6

1   A. Oh, yes, sir, yes, sir.
2   Q. Did she give you her number?
3   A. Yes, sir.
4   Q. Okay.
5   A. I called -- I'll let you take a picture of
6   that.
7   Q. Go ahead.
8   A. Let me see, let me see. These iPhones, they
9   don't hold like I think thirty calls and they start
10  deleting by itself. But let me see, let me see, let me
11  see. Because I know she had called -- I called her and
12  she didn't have my number saved in her phone and she text
13  back question mark. But I was with my -- my son and I
14  forgot to, you know, text back.
15  Q. Did she have your number?
16  A. No, sir. When she gave me hers, I told her
17  I'll call her. And I called her -- when I got home, I
18  fell asleep, so the next morning I called her. It was
19  probably about 10:30-ish. I'm trying to see. What was
20  Friday's date, the -- the --
21  Q. June 14.
22  A. Oh, man, she text -- I guess I deleted it or
23  something, but she text back with a question mark. I was
24  gonna text who it was and then it slipped my mind.
25  Q. Okay.

Page 7

1   A. Yes, sir, yes, sir.
2   Q. All right. Tell me about that night. What's
3   your first name?
4   A. Charlie.
5   Q. Do you go by Charlie?
6   A. Yes, sir.
7   Q. Charlie Walker?
8   A. Yes, sir.
9   Q. Can I call you Charlie?
10  A. Oh, yes, sir, yes, sir.
11  Q. You don't have to call me sir, either.
12  A. Oh, just a habit. (Inaudible)
13  Q. If you don't mind, just so I understand, when
14  did your special start at Julian Smith Casino?
15  A. It was 7:00 to maybe a little after 12:00
16  maybe. Something like that.
17  Q. What was going on?
18  A. It was a 25 Gents.
19  Q. And that's what?
20  A. Like an older gentleman's club, I guess. Like
21  you know how they have like a biker club. Like they got
22  25 Gent. I guess just a bunch of old men and they have a
23  party together.
24  Q. Men and women?
25  A. Yes sir, yes sir.

Page 8

1   Q. Did you know this woman, Ms. Colon?
2   A. No, ma'am. I mean no, sir, no, sir, no, sir.
3   Q. You never seen her before?
4   A. That was my first time seeing her.
5   Q. All right. Tell me what happened.
6   A. I was working a special. She probably came up
7   to me about -- I can't give you an exact time. Maybe
8   10:00.
9   Q. You said she came up to you?
10  A. Yes, sir. She spoke saying something about her
11  friend got her there and she didn't want to be around old
12  folks. It was something like that. You know, just a
13  short conversation.
14  So then towards the end, I went and sit in my car. Like
15  my car was parked like on the side of the building,
16  backed in, and I was sitting just in the car waiting
17  pretty much to go talk to the recreation worker to see
18  what time we could go. Because it was an old crowd. It
19  was shoulder to shoulder leaving out the building, so --
20  Q. Let me back up here. She spoke to you?
21  A. Yes, sir.
22  Q. Around 10:00?
23  A. Something around that.
24  Q. Can you tell me exactly what was said at that
25  point?

Page 9

1  A. You know, she -- she was like something about
2  her friend got her a ticket and she was like, you know,
3  going to the old folks and some stuff like that, some of
4  that and then something like that. So I laughed it off
5  and said, yes, ma'am; kept it, you know, professional.
6  So then I was like -- did I see her again? The next time
7  I seen her was at the end when I was sitting in my car
8  and she was going to her car and she waved. You know, I
9  waved back. So when I went inside to ask the
10 recreational worker, Ms. Ann who was working at that
11 time, is it okay to leave, she said, yeah, you good, you
12 can leave. So I left. At that time I got behind a black
13 SUV. At that time, I didn't know it was Ms. Colon. So -
14 -
15 Q. So you left?
16 A. Yes, sir.
17 Q. Your assignment was up?
18 A. Yes, sir. Yes, sir.
19 Q. And do you remember roughly when that was?
20 A. It got to be 12:00 maybe. 12:00, something
21 after 12:00. Something like that.
22 Q. Some time after midnight?
23 A. Yes, sir. Yes, sir.
24 Q. Okay. And you saw what? A black SUV?
25 A. SUV, I think that's the color. A SUV, it was

Page 10

1  dark. I just know a dark color. So we --
2  Q. So you pulled out and you see a dark SUV?
3  A. Yeah, she was (inaudible) and she was trying to
4  make a turn. Well, she couldn't, so I'm like, what are
5  they doing. So I followed along and she finally turned
6  into a neighborhood. And I pulled up alongside and said
7  are you okay. And that's when I realized it was --
8  Q. Ms. Colon?
9  A. Yeah. (Indicating to piece of paper.)
10 Q. Was she by herself?
11 A. Yes, sir, yes, sir, yes, sir.
12 And so then, you know, had -- we went to the park; had a
13 casual conversation; nothing forced or nothing like that.
14 Q. So let me ask you. When you pulled up beside
15 her --
16 A. Yes, sir.
17 Q. -- did you get out of your car?
18 A. No, sir.
19 Q. You just --
20 A. I just, you know --
21 Q. You rolled down your passenger window and was
22 talking to her?
23 A. Yes, sir, yes, sir. And you know, it looked
24 like she was lost. I was gonna lead her out the
25 neighborhood and then we said -- got to talking and had a

Page 11

1  casual conversation and went to the park.
2  Q. Where were you at?
3  A. What was that park? Eisenhower.
4  Q. Eisenhower Park?
5  A. Yes, sir and we talked and ...
6  Q. Let me ask you this.
7  A. Yes, sir.
8  Q. So she was lost; is that right?
9  A. Yes, sir, she said that --
10 Q. So she followed you -- why did you go to
11 Eisenhower Park?
12 A. Because we kept talking. Kept --
13 Q. (Inaudible) So she followed you out to
14 Eisenhower?
15 A. Yes, sir.
16 Q. Did y'all talk about going to that prior to you
17 going there --
18 A. On, no, we were just talking and then she -- we
19 was in a neighborhood. And she was like, you know --
20 pretty much we was talking and casual conversation and
21 she was like she wasn't going home yet, so she kept
22 talking to me, and I said let's go to the park. It
23 wasn't nothing -- just casual conversation. It wasn't
24 nothing forced or nothing like that. Nothing like that.
25 Q. Okay. So she followed you to Eisenhower?

Page 12

1  A. Yes, sir; yes, sir. And we talked. I got out
2  my car; she got out her car. We talked for a few. She
3  was talking about how her daughter was -- had been raped
4  in the military or something and she had to bring her
5  back to stay with her because -- whatever -- because her
6  daughter was gay or something and she got raped. It was
7  something of that nature or something like that. So we
8  kept talking and stuff like that; and then one thing led
9  to another. It was all consensual; it was nothing forced
10 or nothing like that. I mean --
11 A. So y'all were talking -- and who decided -- or
12 how did it end up -- how did y'all end up having sex? I
13 mean what was --  you probably need to get very detailed.
14 A. Yes, sir, yes, sir --
15 Q. Because --
16 A. Yes, sir, yes, sir, yes, sir, it was -- it was
17 -- I won't show you show you, but it was like --
18 Q. When y'all were talking, were y'all standing
19 outside the vehicle?
20 A. Yes, sir, yes, sir, yes, sir. We were standing
21 and she was, you know, talking, talking like this; like
22 this; talking and talking and talking. And then, you
23 know, finally I did like this, (demonstrating) leaned up
24 against the vehicle and started talking and then, you
25 know, it was (demonstrating) and then you know the sexual

Page 13

1   talk came about. It's been --
2   Q. Sit down and --
3   A. Yes, sir; yes, sir; yes, sir.
4   Q. If you need to stand up and show something,
5   that's fine --
6   A. Yes, sir. Yes, sir.
7   Q. When you say -- who initiated the sexual
8   contact? What was up with that?
9   A. She said that it's been a while or something
10  like that. Stuff like that. You know, I was --
11  Q. Did she say sex?
12  A. Yeah. I was just laughing and stuff like that.
13  And then, you know, we got closer and it just went from
14  there.
15  Q. Talking about your body?
16  A. Yes, sir.
17  Q. When you say you got closer, what did you do
18  when you got closer?
19  A. Hugging and kissing and stuff like that.
20  Q. Did you kiss her on the mouth?
21  A. On the neck. I didn't kiss her on the mouth,
22  no, sir.
23  Q. Okay. So after that, what happened?
24  A. And then --
25  Q. (Inaudible)

Page 14

1   A. Then she sat down.
2   Q. Sat down where?
3   A. In the driver's seat.
4   Q. Of?
5   A. Of her vehicle, yeah. And pulled her dress up
6   a little bit and we went from there.
7   Q. So you -- did you walk up -- I guess when she
8   did that, did you walk up to her?
9   A. Yes, sir. Yes, sir. Yes, sir.
10  Q. Did she take -- did she take her underwear off?
11  A. No, sir. She didn't have any.
12  Q. She wasn't wearing any?
13  A. No, sir. No, sir. No, sir.
14  Q. Did you do (inaudible)
15  A. No, sir. No, sir. No, sir.
16  Q. So you're saying that she sits down -- were you
17  inside the car or outside the car?
18  A. Outside the car. Outside the car.
19  Q. So her legs would have been --
20  A. Outside.
21  Q. Out the driver's --
22  A. Yes, sir. Yes, sir.
23  Q. And you got on top of her?
24  A. Well, in between (inaudible).
25  Q. Trying to lay her head on the console?

Page 15

1   A. Yes, sir, yes, sir, yes, sir.
2   Q. So you had a condom?
3   A. Yes, sir.
4   Q. Where did you get the condom?
5   A. It was in my wallet. I just keep -- it was --
6   it was from -- like when I -- in my wallet. I keep
7   condoms in my wallet, yes, sir.
8   Q. You pulled the condom out and put it on?
9   A. Yes, sir.
10  Q. And how long did you have sex with her?
11  A. Maybe five or ten minutes, if that long.
12  Q. Did you ejaculate?
13  A. Yes, sir.
14  Q. What did you do with the condom?
15  A. I threw it in the trash.
16  Q. Where at?
17  A. Oh man. As a matter of fact, I went down -- I
18  made sure she got home because she stays off of Essie
19  McIntyre. She turned at the light. I went to my mom's
20  house and I threw it in the trash can. I was going to my
21  mom's house anyway. She stays downtown on Bruce Street
22  because she had -- I was gonna help her on account of a
23  parking ticket. So I threw it in the trash can at my
24  mom's.
25  Q. What about the wrapper?

Page 16

1   A. All of it.
2   Q. What did you put it in after you pulled it off
3   you?
4   A. A towel, a towel.
5   Q. What did you do with the towel?
6   A. I just put everything in the trash.
7       (Inaudible) I just -- no, sir, I did not force
8   this lady to do anything, no, sir. Wow. I don't know
9   because I didn't call her or whatnot. I don't know why
10  she would say something like that I forced her to do
11  anything. You can plainly see she gave me her phone
12  number. So, and if I --
13  Q. She gave you her --
14  A. Yes, sir; yes, sir; yes, sir.
15  Q. Where does your mom live?
16  A. 1312 (inaudible) Bruce Street. That's my step
17  mom.
18  Q. 1312 Bruce?
19  A. Yes, sir. (Inaudible)
20  Q. Bruce, B-r-u-c-e?
21  A. Yes, sir.
22  Q. So after you had sex, what happened?
23  A. She -- I showed her the easy way -- well, she
24  followed me all the way home. I don't know exactly where
25  she stay at. She said she stays off Essie McIntyre, so I

Page 17

1  got to -- I got to the light at Essie and 15th Street and
2  she made a left. She said she was good; she said call
3  me. I said, yes, ma'am, sure will. I went on down 15th
4  Street and made a left at the light on Martin Luther King
5  and went to my mama house.
6    Q.  She knew where she was then?
7    A.  Sir?
8    Q.  She knew where she was then and went on home
9  you think?
10   A.  Yes, sir. That's where she said she live, yes,
11 sir. Yes, sir, off Essie McIntyre.
12   Q.  So she basically -- she followed you to where
13 she --
14   A.  Yes, sir, yes, sir, yes, sir.
15   Q.  But you said that -- did you ask for her phone
16 number or how did that play out?
17   A.  She -- Matter-of-fact, honestly, we haven't
18 even exchanged phone numbers. She gave me her phone
19 number after the sexual intercourse.
20   Q.  Okay.
21   A.  Yes, sir, yes, sir, yes, sir.
22   Q.  What was the reason for that?
23   A.  She said -- she said -- I was like okay. And
24 she said, you ain't gonna get my phone number. And I
25 said, okay. So I went to the car and got my phone and

Page 18

1  put her phone number in. That was it.
2    Q.  Other than vaginal sex with her, did you touch
3  her anywhere else?
4    A.  On the breast while we was having ...
5    Q.  Under her clothes or on top?
6    A.  Oh, she had kind of like -- it was on top.
7  They were (inaudible) -- they were out, but they weren't
8  -- (inaudible).
9    Q.  So her clothes and her breast?
10   A.  Yes, sir.
11   Q.  Let me ask this question. Did the subject --
12 the fact that she had been drinking ever come up?
13   A.  Yes, sir. Yes, sir.
14   Q.  Tell me about it.
15   A.  I talked to her, I said, oh, you smell like --
16 you smell like you had alcohol on you. Something like
17 that. She said she was not drunk. And then I was like,
18 you know, you're not drunk, but I can tell you had a few
19 drinks. I don't want to tell you a lecture or nothing
20 like that, no, sir, no, sir.
21   Q.  So you could smell alcohol on her?
22   A.  At the beginning I would say. I guess --
23   Q.  When you first talked to her?
24   A.  Yes, sir. It's kind of like, you know, she had
25 a drink or two, but when she was -- like we got, you

Page 19

1  know, conversational -- we were probably together
2  probably about between the neighborhood and the park,
3  probably about thirty minutes, forty-five at the most, if
4  it was that, yes, sir. At the most -- I'd say at the
5  most, yes, sir, so I don't know.
6    Q.  Did she ever tell you that she didn't want to
7  have sex?
8    A.  No, sir. No, sir. No, sir.
9    Q.  So she never told you she didn't want to have
10 sex?
11   A.  No, sir. Wow.
12   Q.  Did you ever tell her when y'all were -- got in
13 the car or after you left the Casino or Julian Smith that
14 you could smell alcohol -- alcohol on her?
15   A.  You're talking about when we left the park?
16   Q.  Yeah.
17   A.  When we left the park --
18   Q.  No. When you left Julian Smith Casino and met
19 up with her?
20   A.  Oh, no, sir, no, sir, no, sir.
21   Q.  You never told her you could smell alcohol?
22   A.  Oh, yeah, yeah. Yes, sir. When she -- when
23 she let down -- because when she let the window down, I
24 was like, whoa, I smell a little alcohol on you, like
25 that. Something like that. So -- but throughout our

Page 20

1  conversation, it wasn't on her breath. I guess when she
2  got in the car or whatever, she...
3    Q.  So when y'all left --
4    A.  Yes, sir.
5    Q.  -- and you saw this vehicle --
6    A.  Yes, sir.
7    Q.  -- and you realized it was her, she rolled down
8  the window and you said you could smell alcohol? You
9  told her I can smell alcohol?
10   A.  No, sir, no, sir, not that part, no, sir, no,
11 sir.
12   Q.  Where was this happening? At the park?
13   A.  No, sir; before we got to the park. Like when
14 we pulled up, she got out of the car.
15   Q.  Okay.
16   A.  Yes, sir. I'm sorry; I'm sorry about that.
17 She did get out of the car when we was at the stop sign,
18 yes, sir.
19   Q.  Okay.
20   A.  Yes, sir. She did.
21   Q.  Okay.
22   A.  That's when I told her, I can smell the
23 alcohol, like that. You know, there wasn't nothing like
24 she was like sloppy or --
25   Q.  Right.

Page 21

1   A.  (Inaudible).
2   Q.  But you said I can smell alcohol?
3   A.  Yes, sir.  Yes, sir.
4   Q.  What did she say?
5   A.  She laughed it off.  Oh, I only had a drink or
6  two, like that.  I said, okay.  I said, how they made the
7  drink or whatnot, but it wasn't -- it wasn't no -- she
8  wasn't like -- can I stand up again?
9   Q.  Let me ask you this.  After that, you said the
10  reason she followed you is y'all were gonna go somewhere
11  where you could talk?
12   A.  Yes, sir.
13   Q.  So you go to the park?
14   A.  Yes, sir.
15   Q.  Eisenhower Park?
16   A.  Yes, sir.
17   Q.  Did you ever bring up the fact again that you
18  could smell alcohol?
19   A.  No, sir, no, sir, no, sir.
20   Q.  And you tell me that the way you ended up
21  having sex was y'all basically came together and you
22  kissed her on the neck and then --
23   A.  (Inaudible).  Kind of one thing --
24   Q.  Just consensual --
25   A.  Consensual, yes, sir, yes, sir.

Page 22

1   Q.  She sat in her car --
2   A.  Driver side.
3   Q.  I mean driver side.  And she pulled her dress
4  up?
5   A.  Yes, sir.  It wasn't no -- it wasn't no -- it
6  wasn't no -- I don't know what she said.
7   Q.  Let me just tell you this.  What she's saying
8  is that she felt like if she didn't have sex with you,
9  she was gonna go to jail; she said that she told you no
10  several times about having sex and that you kept -- every
11  time that she said no, you would tell her, well, I can
12  smell alcohol on you.  And she's saying in her -- she
13  took that to mean if I don't have sex with this deputy,
14  I'm going to jail.
15   A.  Wow.  No, sir.  We can go through a polygraph;
16  we can do whatever we need to do, sir.
17   Q.  You're telling me that didn't happen?
18   A.  No, sir.  We can go -- we can go sit on the
19  polygraph right now, right now, sir.  Right now, sir.  I
20  can promise you that it was never never --
21   Q.  So it was nothing --
22   A.  It was nothing forced or nothing like going to
23  jail.
24   Q.  Let me ask you this.
25   A.  Yes, sir.

Page 23

1   Q.  Why would she say that?
2   A.  Mr. Williams -- is that your name?
3   Q.  Yeah, you can call me Tony.
4   A.  Tony.  Because I didn't call her, but I did.
5  And when she text me back, I didn't.
6   Q.  So you think she said this about having sex or
7  go to jail because you didn't call her?
8   A.  Yes, sir.  I called her back -- I did not give
9  her my number and if you go on the phone, she called
10  back.  My number is 706-589-4004.  And she text back like
11  twenty minutes later, was like I guess a question mark
12  mean who this, but I didn't have a chance to get back to
13  her -- to text her back because, you know, I was with --
14  oh, I was -- I was with my son with his worksheet.  Where
15  was I on Saturday.  No.  I was at West Georgia in
16  Carrollton, Georgia.  I took my nephew to a showcase
17  basketball game.  That's exactly where I was --
18  (inaudible.)  Yes, sir.  Yeah, I was at West Georgia
19  Saturday morning.
20   Q.  So you texted her the next morning --
21   A.  No, I didn't text.  I called her.
22   Q.  You called?
23   A.  Yes, sir.  Yes, sir.
24   Q.  And she texted you back with a question mark?
25   A.  Yeah, like who's this.  And I was at West

Page 24

1  Georgia at a camp with my nephew and I, you know --
2   Q.  Did you ever text her back?
3   A.  No, sir, no, sir, no, sir.  I didn't no, sir.
4  Because it was Saturday ...
5   Q.  What time did you call Saturday?
6   A.  (Inaudible)
7   Q.  Is that your personal phone?
8   A.  Yes, sir.  If she -- when I called her -- see
9  what time it was.  I picked my nephew up at 5:00.  But
10  yeah if you need to do a polygraph, sir, or whatever you
11  need to do, we can go right ahead.  And I promise you
12  there's a phone call from my number to her's.
13   Q.  So Saturday morning you called her?
14   A.  Yes, sir, yes, sir.  It had to be about --
15  because we got -- it's like 10:30.  We got there at
16  Carrollton, at West Georgia, we had to be there at 8:00
17  and then once they got settled in and started doing their
18  thing on the court, I had went to the car and I called
19  her.  She didn't answer and then a few minutes later, she
20  text back.  But in the meantime I was caught up, you
21  know, watching him doing that and I never did text her
22  back.
23   Q.  She texted back just a question mark?
24   A.  Yes, sir.  Like, I guess just saying --
25   Q.  You never called her?

Page 25

1  A. No, sir, no, sir, I never called her. I was
2  going here and all that, but it wasn't nothing like that.
3  Wow.
4  Q. One thing I need to ask. When you had sex with
5  her, did you take your pants off or how did you have sex
6  with her?
7  A. No, sir, I just -- undo the zipper, yes, sir.
8  Q. You pulled your penis out?
9  A. Yes, sir.
10 Q. Okay.
11 A. I took my duty belt off.
12 Q. You took your duty belt off?
13 A. Yes, sir.
14 Q. And you were dressed like you are right now?
15 A. Yes, sir.
16 Q. Let me ask you another question. I understand
17 you have computers in your car that will track you?
18 A. Yes, sir.
19 Q. Was your computer on or off?
20 A. Mine were -- I can't remember because I was
21 charging my phone.
22 Q. Is the computer like a CAD?
23 A. Yes, sir, yes, sir. Mobile system.
24 Q. So you think it was off or you don't remember?
25 A. I can't remember because I always charge my

Page 26

1  phone.
2  Q. But you don't remember?
3  A. Yes, sir; yes, sir. I'm trying to think. Was
4  it -- I know that's what I was doing when I was in the
5  car, I was on the computer going through emails and
6  stuff. Wow, this is crazy. I've never been ...
7  Q. Was there any -- after you left your special,
8  did you have any radio traffic --
9  A. No, sir, no, sir.
10 Q. On the radio?
11 A. No, sir. Oh, man, this not gonna cost me my
12 job or nothing like that?
13 Q. We're not here for that. I'm here for the
14 criminal investigation. You understand?
15 A. Yes, sir.
16 Q. This has nothing to do with your job.
17 A. Yes, sir.
18 Q. That's the Sheriff's office.
19 A. Yes, sir.
20 Q. Like I told you at the beginning of the
21 interview, we're only here for to see if any of the laws
22 of the State of Georgia were violated.
23 A. Yes, sir, yes, sir. Mr. Tony, I can absolutely
24 -- only thing I say I'm guilty of is having sex in a
25 public place. I will be guilty of that and (inaudible)

Page 27

1  and I'm like, you know, this is what -- but as far as
2  somebody or tell somebody that --
3  Q. The only thing I could tell you is -- and I'm
4  not saying you're not, you make sure you tell the truth --
5  
6  A. Yes, sir, yes, sir.
7  Q. -- everything --
8  A. Yes, sir. Yes, sir, yes, sir.
9  Q. -- about everything --
10 A. Everything. Everything. Everything. If I can
11 think of anything else -- I didn't think -- I honestly
12 didn't even know why I was coming back here. That was the
13 farthest thing on my mind to say somebody -- I told
14 somebody they was gonna go to jail if they didn't have
15 sex with me.
16 Q. Well, not the fact that you will go to jail;
17 that was never the accusation. And I'll tell you what
18 her allegation was. She believed that if she did not --
19 if she didn't have sex with you, you were gonna take her
20 to jail because she had been drinking and driving. Even
21 though you said -- she never said -- she never said you
22 actually said if you don't have sex with me, I'm gonna
23 take you to jail. She just said you mentioned that I
24 smell alcohol.
25 A. Oh, no, sir.

Page 28

1  Q. And she didn't wanna have sex -- and she kept
2  saying no and she said she didn't want to go to jail;
3  that's what she said.
4  A. She called -- Can I ask a question?
5  Q. Yes, absolutely; you can ask me anything.
6  A. When is it that she called this in? Was it
7  Monday or something or Tuesday?
8  Q. Well, she reported it on Tuesday, last night.
9  A. And I forced her to do something. (Inaudible)
10 Q. Understand?
11 A. Yes, sir. Yes, sir.
12     (Inaudible because of cross-talk)
13 Q. She reported it Tuesday night.
14 A. Yes, sir.
15 Q. Let me ask you this.
16 A. Yes, sir.
17 Q. At Eisenhower Park, were you at the canal
18 entrance or the front lot by the ballfields?
19 A. By the ballfields. By the ballfields, by the
20 ballfields. It was nothing -- like we can hook up right
21 now, sir, to a polygraph.
22 Q. Hook up? What do you mean?
23 A. To the polygraph.
24 Q. Oh, (Inaudible).
25 A. Yes, sir. Sorry about that. The only thing

Page 29

1  was bothering me, like if you -- say I didn't -- or you
2  thought I didn't call you, you -- I guess you gave me
3  time to call you and you felt like because I didn't call
4  you because, you know, I'm a police officer, I'm gonna
5  say you told me to have sex or go to jail.
6     Q.  Well, that's what she inferred  --
7     A.  Yes, sir -- that's --
8     Q.  That that's what was said about --
9     A.  Yes, sir.
10    Q.  -- about smelling like alcohol.
11    A.  Yes, sir, because after the alcohol that was --
12    Q.  That was when y'all first pulled away from
13 Julian Smith --
14    A.  Yes, sir.  Because I didn't say anything else
15 about it.  I don't remember saying anything else about no
16 alcohol after that -- that first initial -- like there
17 wasn't -- because I told her, I said, you're not drunk.
18 I just smell it.  You know, because if you go to a bar or
19 restaurant and you drink beer or alcohol, of course you
20 gonna smell it; that doesn't mean you drunk and you can't
21 drive or anything like that.  But, yes, sir, it wasn't --
22 it -- no, sir.  I wouldn't -- I wouldn't never do
23 anything like that, especially -- it was -- Mr. Tony,
24 this is my word, I'm telling you.  The reason why she did
25 this because she felt like I didn't call her.  But if you

Page 30

1  get her phone records and look at her text 589-4004, 706,
2  is in her phone.  I can promise you.
3     Q.  Let me ask you this, too.  Has this ever
4  happened before?
5     A.  No, sir, no, sir, no, sir.
6     Q.  You picked up a woman and --
7     A.  No, sir.
8     Q.  In uniform and --
9     A.  No, sir.  The only one I ever picked up in
10 uniform --
11    Q.  So this is the first one?
12    A.  -- going to jail --
13    Q.  This is the first situation where you had sex
14 with someone like that --
15    A.  Yes, sir.
16    Q.  -- in uniform?
17    A.  Yes, sir.  You know, I won't say at home --
18    Q.  Well --
19    A.  (Inaudible)
20    Q.  (Inaudible)
21    A.  Never, never, no, sir.
22    Q.  Can you hang on a second?
23    A.  Yes, sir.
24 (Pause where the investigator has stepped out; video is
25 still playing)

Page 31

1  (Investigator returns)
2     Q.  Sorry about that.
3     A.  That's okay.
4     Q.  I want to clear something up.  When -- after
5  you guys had sex, how did you get her number?  I mean
6  what was the conversation?
7     A.  She pretty much -- she got back in the car and
8  she said, you gonna call me and I said, yes, ma'am.  And
9  she said, you don't even have my number.  And I said, oh,
10 hold on, let me go get my phone.
11    Q.  So you went and got your phone?
12    A.  Yes, sir, out of the car.
13    Q.  Okay.  How were you parked in relation to her
14 vehicle? Were y'all at an angle or you want to draw it?
15    A.  (Drawing)  This was her car and my car like
16 that.
17    Q.  So you were in front of her?
18    A.  Yes, sir, yes, sir.
19    Q.  Another thing, I'm gonna be straight up.
20    A.  Yes, sir.
21    Q.  The condom thing --
22    A.  Yes, sir.
23    Q.  All right.  I'm just saying -- I don't think I
24 would want to take a condom and wrap up in a towel with a
25 wrapper to my mom's trash can.

Page 32

1     A.  Yes, sir.  Yes, sir.  I see --
2     Q.  I'm just being honest with you.
3     A.  Yes, sir.
4     Q.  If that had happened, tell me --
5     A.  Yes, sir.  Not on the inside -- not on the
6  inside of the house.  The trash can on the outside.
7     Q.  Talking about where you put  --
8     A.  Yes, sir, yes, sir.
9         (Inaudible due to cross-talk)
10    Q.  When do they come get the trash?
11    A.  What's today?  Wednesday.  I think they come on
12 Mondays or Tuesdays, yes, sir.  Yes, sir, yes, sir.
13    Q.  That's where you slept that night?
14    A.  No, I went back home.
15    Q.  But you went by there that night?
16    A.  Yes, sir, because she had got a letter in the
17 mail from another county about a parking ticket.
18 Apparently my niece had got a parking ticket in her
19 vehicle and didn't say nothing, so  she told me to come
20 by and look at it to see what it was.  It was a parking
21 ticket, and they issued a warrant because she missed the
22 court date.  If she didn't go to court by July 3, they
23 would issue a bench warrant.  So I called Monday morning
24 and the lady said as long as she has a handicap sticker
25 in her name -- that was the parking ticket.  And I was

Page 33

1  gonna -- as a matter of fact, I was gonna take it up
2  there today.
3      Q.  Let me ask, I mean this is kind of -- this is
4  kind of weird, so when you -- at what point did you put
5  the condom on?
6      A.  Before we started.
7      Q.  What was she doing when you put the condom on?
8      A.  She had sat down on the driver seat and pulled
9  her dress up.
10     Q.  Did she ask if you had a condom?
11     A.  Oh, I just always -- it was in my wallet.  It
12  was in my wallet. I can't remember if she did.
13     Q.  So you pull the condom out and she's like
14  sitting there ready?
15     A.  Yes, sir, yes, sir.
16     Q.  So to speak?
17     A.  Yes, sir.
18     Q.  What did you do with the wrapper after you put
19  it on?
20     A.  It was in my pocket; I put it in my pocket.
21     Q.  After you had sex, when did you pull the condom
22  off?
23     A.  After we -- when I got finished and I threw it
24  on the ground and I picked it up with -- I went and got a
25  towel and I picked it up.

Page 34

1      Q.  From your vehicle?
2      A.  Yes, sir.  Yes, sir.  Yes, sir.  And then when
3  I got to my mom's house, trash can -- threw it in the
4  trash can and went in the house.
5      Q.  Along with the wrapper?
6      A.  Yes, sir.
7      Q.  Here's what I would like, if you will.
8      A.  Yes, sir.
9      Q.  You mind riding one day and show me the area
10  where this happened?
11     A.  Yes, sir.
12     Q.  Just stand by.
13  (Investigator leaves; after about a minute the deputy
14  leaves.)

Page 35

1
2                C E R T I F I C A T E
3  STATE OF GEORGIA      )
4  COUNTY OF BANKS       )
5
6       I hereby certify that the foregoing is a transcript
7  of an audio and video recording of an interview of Deputy
8  C. Walker.  This recording was transcribed to the best of
9  my ability and I further certify that I was not present
10  at this interview.  These are my best effort at
11  transcribing the recordings.  Cross-talk and inaudible
12  utterances that were not able to be understood are
13  indicated.
14       This 1st day of May 2022.
15
16
17
18
19       *Kellie A. Jones*
20  _____
21       Kellie A. Jones, CCR, CVR-M
22       Certified Court Reporter
23       No. B-1671
24
25

## A

**absolutely (2)**
  26:23;28:5
**account (1)**
  15:22
**accusation (1)**
  27:17
**actually (1)**
  27:22
**again (3)**
  9:6;21:8,17
**against (3)**
  3:12;5:6;12:24
**Agent (1)**
  3:6
**ahead (2)**
  6:7;24:11
**ain't (1)**
  17:24
**alcohol (17)**
  18:16,21;19:14,14,
  21,24;20:8,9,23;21:2,
  18;22:12;27:24;29:10,
  11,16,19
**allegation (3)**
  3:11;5:11;27:18
**allegations (1)**
  5:6
**along (2)**
  10:5;34:5
**alongside (1)**
  10:6
**always (2)**
  25:25;33:11
**angle (1)**
  31:14
**Ann (1)**
  9:10
**Apparently (1)**
  32:18
**area (1)**
  34:9
**around (3)**
  8:11,22,23
**asleep (1)**
  6:18
**assignment (1)**
  9:17
**away (1)**
  29:12

## B

**back (20)**
  6:13,14,23;8:20;9:9;
  12:5;23:5,8,10,10,12,
  13,24;24:2,20,22,23;
  27:12;31:7;32:14
**backed (1)**
  8:16
**ballfields (4)**
  28:18,19,19,20
**bar (1)**
  29:18
**basically (2)**
  17:12;21:21
**basketball (1)**
  23:17
**beer (1)**
  29:19
**beginning (2)**
  18:22;26:20
**behind (1)**
  9:12
**belt (2)**
  25:11,12
**bench (1)**
  32:23
**beside (1)**
  10:14
**biker (1)**
  7:21
**bit (1)**
  14:6
**black (2)**
  9:12,24
**body (1)**
  13:15
**bothering (1)**
  29:1
**breast (2)**
  18:4,9
**breath (1)**
  20:1
**bring (2)**
  12:4;21:17
**Bruce (4)**
  15:21;16:16,18,20
**B-r-u-c-e (1)**
  16:20
**building (2)**
  8:15,19
**bunch (1)**
  7:22
**BUREAU (2)**
  3:4,7

## C

**CAD (1)**
  25:22
**call (15)**
  6:17;7:9,11;16:9;
  17:2;23:3,4,7;24:5,12;
  29:2,3,3,25;31:8
**called (17)**
  6:5,11,11,17,18;23:8,
  9,21,22;24:8,13,18,25;
  25:1;28:4,6;32:23
**calls (1)**
  6:9
**came (4)**
  8:6,9;13:1;21:21
**camp (1)**
  24:1
**can (34)**
  4:6,9,12;5:24;7:9;
  8:24;9:12;15:20,23;
  16:11;18:18;20:9,22;
  21:2,8;22:11,15,16,18,
  18,20;23:3;24:11;
  26:23;27:10;28:4,5,20;
  30:2,22;31:25;32:6;
  34:3,4
**canal (1)**
  28:17
**car (25)**
  8:14,15,16;9:7,8;
  10:17;12:2,2;14:17,17,
  18,18;17:25;19:13;
  20:2,14,17;22:1;24:18;
  25:17;26:5;31:7,12,15,
  15
**Carrollton (2)**
  23:16;24:16
**Casino (4)**
  5:9;7:14;19:13,18
**casual (4)**
  10:13;11:1,20,23
**caught (1)**
  24:20
**chance (1)**
  23:12
**charge (1)**
  25:25
**charging (1)**
  25:21
**CHARLIE (5)**
  3:2;7:4,5,7,9
**clear (1)**
  31:4
**closer (3)**
  13:13,17,18
**clothes (2)**
  18:5,9
**club (2)**
  7:20,21
**Colon (6)**
  5:18,19,20;8:1;9:13;
  10:8
**C-o-l-o-n (1)**
  5:22
**color (2)**
  9:25;10:1
**coming (1)**
  27:12
**computer (3)**
  25:19,22;26:5
**computers (1)**
  25:17
**condom (11)**
  15:2,4,8,14;31:21,
  24;33:5,7,10,13,21
**condoms (1)**
  15:7
**consensual (4)**
  5:13;12:9;21:24,25

**console (1)**
  14:25
**contact (1)**
  13:8
**conversation (7)**
  8:13;10:13;11:1,20,
  23;20:1;31:6
**conversational (1)**
  19:1
**cost (1)**
  26:11
**county (1)**
  32:17
**course (1)**
  29:19
**court (3)**
  24:18;32:22,22
**crazy (1)**
  26:6
**criminal (3)**
  3:17,21;26:14
**cross-talk (2)**
  28:12;32:9
**crowd (1)**
  8:18

## D

**dark (3)**
  10:1,1,2
**date (2)**
  6:20;32:22
**daughter (2)**
  12:3,6
**day (1)**
  34:9
**decide (1)**
  4:6
**decided (1)**
  12:11
**deleted (1)**
  6:22
**deleting (1)**
  6:10
**demonstrating (2)**
  12:23,25
**deputy (2)**
  22:13;34:13
**detailed (1)**
  12:13
**down (11)**
  10:21;13:2;14:1,2,
  16;15:17;17:3;19:23,
  23;20:7;33:8
**downtown (1)**
  15:21
**draw (1)**
  31:14
**Drawing (1)**
  31:15
**dress (3)**
  14:5;22:3;33:9
**dressed (1)**
  25:14
**drink (4)**
  18:25;21:5,7;29:19
**drinking (2)**
  18:12;27:20
**drinks (1)**
  18:19
**drive (1)**
  29:21
**Driver (3)**
  22:2,3;33:8
**driver's (2)**
  14:3,21
**driving (1)**
  27:20
**drunk (4)**
  18:17,18;29:17,20
**due (1)**
  32:9
**duty (2)**
  25:11,12

## E

**easy (1)**
  16:23
**Eisenhower (7)**
  11:3,4,11,14,25;
  21:15;28:17
**either (1)**
  7:11
**ejaculate (1)**
  15:12
**else (4)**
  18:3;27:11;29:14,15
**emails (1)**
  26:5
**end (4)**
  8:14;9:7;12:12,12
**ended (1)**
  21:20
**entrance (1)**
  28:18
**especially (1)**
  29:23
**Essie (4)**
  15:18;16:25;17:1,11
**even (4)**
  17:18;27:12,20;31:9
**exact (1)**
  8:7
**exactly (3)**
  8:24;16:24;23:17
**exchanged (1)**
  17:18

## F

**fact (6)**
  5:20;15:17;18:12;
  21:17;27:16;33:1
**far (2)**
  4:24;27:1

**farthest (1)**
  27:13
**fell (1)**
  6:18
**felt (3)**
  22:8;29:3,25
**female (3)**
  5:6,11,16
**few (4)**
  4:19;12:2;18:18;
  24:19
**finally (2)**
  10:5;12:23
**fine (1)**
  13:5
**finished (1)**
  33:23
**first (7)**
  7:3;8:4;18:23;29:12,
  16;30:11,13
**five (1)**
  15:11
**folks (2)**
  8:12;9:3
**followed (7)**
  10:5;11:10,13,25;
  16:24;17:12;21:10
**force (1)**
  16:7
**forced (6)**
  10:13;11:24;12:9;
  16:10;22:22;28:9
**forgot (1)**
  6:14
**forty-five (1)**
  19:3
**Friday (1)**
  3:12
**Friday's (1)**
  6:20
**friend (2)**
  8:11;9:2
**front (2)**
  28:18;31:17

**G**

**game (1)**
  23:17
**gave (5)**
  6:16;16:11,13;17:18;
  29:2
**gay (1)**
  12:6
**Gent (1)**
  7:22
**gentleman's (1)**
  7:20
**Gents (1)**
  7:18
**GEORGIA (8)**
  3:4,6;23:15,16,18;
  24:1,16;26:22

**gonna (19)**
  3:11;4:16,19;6:24;
  10:24;15:22;17:24;
  21:10;22:9;26:11;
  27:14,19,22;29:4,20;
  31:8,19;33:1,1
**good (2)**
  9:11;17:2
**ground (1)**
  33:24
**guess (9)**
  6:22;7:20,22;14:7;
  18:22;20:1;23:11;
  24:24;29:2
**guilty (2)**
  26:24,25
**guys (1)**
  31:5

**H**

**habit (1)**
  7:12
**handicap (1)**
  32:24
**hang (1)**
  30:22
**happen (1)**
  22:17
**happened (6)**
  8:5;13:23;16:22;
  30:4;32:4;34:10
**happening (1)**
  20:12
**head (1)**
  14:25
**hear (1)**
  3:19
**help (1)**
  15:22
**Here's (2)**
  3:10;34:7
**her's (1)**
  24:12
**herself (1)**
  10:10
**hold (2)**
  6:9;31:10
**home (7)**
  6:17;11:21;15:18;
  16:24;17:8;30:17;
  32:14
**honest (2)**
  5:5;32:2
**honestly (2)**
  17:17;27:11
**hook (2)**
  28:20,22
**house (6)**
  15:20,21;17:5;32:6;
  34:3,4
**Hugging (1)**
  13:19

**I**

**Inaudible (22)**
  7:12;10:3;11:13;
  13:25;14:14,24;16:7,
  16,19;18:7,8;21:1,23;
  23:18;24:6;26:25;28:9,
  12,24;30:19,20;32:9
**Indicating (1)**
  10:9
**inferred (1)**
  29:6
**initial (1)**
  29:16
**initiated (1)**
  13:7
**inside (4)**
  9:9;14:17;32:5,6
**intercourse (1)**
  17:19
**INTERVIEW (3)**
  3:2;4:7;26:21
**into (3)**
  3:14;4:12;10:6
**INVESTIGATION (5)**
  3:4,7,17,21;26:14
**investigator (3)**
  30:24;31:1;34:13
**iPhones (1)**
  6:8
**issue (1)**
  32:23
**issued (1)**
  32:21

**J**

**jail (11)**
  22:9,14,23;23:7;
  27:14,16,20,23;28:2;
  29:5;30:12
**job (2)**
  26:12,16
**Julian (6)**
  5:8,9;7:14;19:13,18;
  29:13
**July (1)**
  32:22
**June (1)**
  6:21

**K**

**keep (2)**
  15:5,6
**kept (7)**
  9:5;11:12,12,21;
  12:8;22:10;28:1
**kind (5)**
  18:6,24;21:23;33:3,4
**King (1)**
  17:4

**kiss (2)**
  13:20,21
**kissed (1)**
  21:22
**kissing (1)**
  13:19
**knew (2)**
  17:6,8

**L**

**lady (2)**
  16:8;32:24
**Last (2)**
  5:18;28:8
**later (2)**
  23:11;24:19
**laughed (2)**
  9:4;21:5
**laughing (1)**
  13:12
**laws (1)**
  26:21
**lay (1)**
  14:25
**lead (1)**
  10:24
**leaned (1)**
  12:23
**leave (3)**
  4:9;9:11,12
**leaves (2)**
  34:13,14
**leaving (1)**
  8:19
**lecture (1)**
  18:19
**led (1)**
  12:8
**left (10)**
  9:12,15;17:2,4;
  19:13,15,17,18;20:3;
  26:7
**legs (1)**
  14:19
**letter (1)**
  32:16
**light (3)**
  15:19;17:1,4
**little (3)**
  7:15;14:6;19:24
**live (2)**
  16:15;17:10
**long (3)**
  15:10,11;32:24
**look (2)**
  30:1;32:20
**looked (1)**
  10:23
**lost (2)**
  10:24;11:8
**lot (1)**
  28:18

**Luther (1)**
  17:4

**M**

**ma'am (4)**
  8:2;9:5;17:3;31:8
**mail (1)**
  32:17
**mama (1)**
  17:5
**man (3)**
  6:22;15:17;26:11
**mark (5)**
  6:13,23;23:11,24;
  24:23
**Martin (1)**
  17:4
**matter (3)**
  5:20;15:17;33:1
**Matter-of-fact (1)**
  17:17
**maybe (5)**
  7:15,16;8:7;9:20;
  15:11
**McIntyre (3)**
  15:19;16:25;17:11
**mean (10)**
  8:2;12:10,13;22:3,
  13,23;12;28:22;29:20;
  31:5;33:3
**meantime (1)**
  24:20
**men (2)**
  7:22,24
**mentioned (1)**
  27:23
**met (1)**
  19:18
**midnight (1)**
  9:22
**military (1)**
  12:4
**mind (4)**
  6:24;7:13;27:13;
  34:9
**Mine (1)**
  25:20
**minute (1)**
  34:13
**minutes (4)**
  15:11;19:3;23:11;
  24:19
**missed (1)**
  32:21
**Mobile (1)**
  25:23
**mom (2)**
  16:15,17
**mom's (5)**
  15:19,21,24;31:25;
  34:3
**Monday (2)**

28:7;32:23
**Mondays (1)**
  32:12
**morning (5)**
  6:18;23:19,20;24:13;
  32:23
**most (3)**
  19:3,4,5
**mouth (2)**
  13:20,21
**much (3)**
  8:17;11:20;31:7

**N**

**name (5)**
  5:17,18;7:3;23:2;
  32:25
**nature (1)**
  12:7
**neck (2)**
  13:21;21:22
**need (6)**
  12:13;13:4;22:16;
  24:10,11;25:4
**neighborhood (4)**
  10:6,25;11:19;19:2
**nephew (3)**
  23:16;24:1,9
**next (3)**
  6:18;9:6;23:20
**niece (1)**
  32:18
**night (6)**
  3:12;7:2;28:8,13;
  32:13,15
**notes (1)**
  4:19
**number (14)**
  5:23;6:2,12,15;
  16:12;17:16,19,24;
  18:1;23:9,10;24:12;
  31:5,9
**numbers (1)**
  17:18

**O**

**off (13)**
  9:4;14:10;15:18;
  16:2,25;17:11;21:5;
  25:5,11,12,19,24;33:22
**office (2)**
  3:24;26:18
**officer (1)**
  29:4
**old (4)**
  7:22;8:11,18;9:3
**older (1)**
  7:20
**once (1)**
  24:17
**one (6)**

12:8;21:23;25:4;
30:9,11;34:9
**only (7)**
  5:2;21:5;26:21,24;
  27:3;28:25;30:9
**out (18)**
  3:19;8:19;10:2,17,
  24;11:13;12:1,2;14:21;
  15:8;17:16;18:7;20:14,
  17;25:8;30:24;31:12;
  33:13
**outside (6)**
  12:19;14:17,18,18,
  20;32:6

**P**

**pants (1)**
  25:5
**paper (1)**
  10:9
**park (14)**
  10:12;11:1,3,4,11,
  22;19:2,15,17;20:12,
  13;21:13,15;28:17
**parked (2)**
  8:15;31:13
**parking (5)**
  15:23;32:17,18,20,
  25
**part (1)**
  20:10
**party (1)**
  7:23
**passenger (1)**
  10:21
**Pause (1)**
  30:24
**penis (1)**
  25:8
**personal (1)**
  24:7
**phone (21)**
  5:18,21,23,25;6:12;
  16:11;17:15,18,18,24,
  25;18:1;23:9;24:7,12;
  25:21;26:1;30:1,2;
  31:10,11
**picked (5)**
  24:9;30:6,9;33:24,25
**picture (2)**
  5:24;6:5
**piece (1)**
  10:9
**place (1)**
  26:25
**plainly (1)**
  16:11
**play (1)**
  17:16
**playing (1)**
  30:25
**pocket (2)**

33:20,20
**point (2)**
  8:25;33:4
**police (1)**
  29:4
**polygraph (5)**
  22:15,19;24:10;
  28:21,23
**pretty (3)**
  8:17;11:20;31:7
**prior (1)**
  11:16
**probably (6)**
  6:19;8:6;12:13;19:1,
  2,3
**professional (1)**
  9:5
**promise (3)**
  22:20;24:11;30:2
**public (1)**
  26:25
**pull (2)**
  33:13,21
**pulled (11)**
  10:2,6,14;14:5;15:8;
  16:2;20:14;22:3;25:8;
  29:12;33:8
**put (9)**
  15:8;16:2,6;18:1;
  32:7;33:4,7,18,20

**R**

**radio (2)**
  26:8,10
**raped (2)**
  12:3,6
**ready (1)**
  33:14
**realized (2)**
  10:7;20:7
**reason (3)**
  17:22;21:10;29:24
**recorded (1)**
  4:17
**records (1)**
  30:1
**recreation (1)**
  8:17
**recreational (1)**
  9:10
**relation (1)**
  31:13
**remember (8)**
  5:17;9:19;25:20,24,
  25;26:2;29:15;33:12
**reported (2)**
  28:8,13
**restaurant (1)**
  29:19
**returns (1)**
  31:1
**riding (1)**

34:9
**right (12)**
  5:14;7:2;8:5;11:8;
  20:25;22:19,19,19;
  24:11;25:14;28:20;
  31:23
**rolled (2)**
  10:21;20:7
**room (1)**
  4:24
**roughly (1)**
  9:19

**S**

**same (1)**
  5:4
**sat (4)**
  14:1,2;22:1;33:8
**Saturday (5)**
  23:15,19;24:4,5,13
**saved (1)**
  6:12
**saw (2)**
  9:24;20:5
**saying (10)**
  4:25;8:10;14:16;
  22:7,12;24:24;27:4;
  28:2;29:15;31:23
**seat (2)**
  14:3;33:8
**second (1)**
  30:22
**seeing (1)**
  8:4
**settled (1)**
  24:17
**several (1)**
  22:10
**sex (25)**
  5:12,13;12:12;13:11;
  15:10;16:22;18:2;19:7,
  10;21:21;22:8,10,13;
  23:6;25:4,5;26:24;
  27:15,19,22;28:1;29:5;
  30:13;31:5;33:21
**sexual (3)**
  12:25;13:7;17:19
**Sheriff's (2)**
  3:23;26:18
**short (1)**
  8:13
**shoulder (2)**
  8:19,19
**show (4)**
  12:17,17;13:4;34:9
**showcase (1)**
  23:16
**showed (1)**
  16:23
**shows (1)**
  5:20
**side (3)**

8:15;22:2,3
**sign (1)**
  20:17
**sit (3)**
  8:14;13:2;22:18
**sits (1)**
  14:16
**sitting (3)**
  8:16;9:7;33:14
**situation (3)**
  3:10;4:1;30:13
**slept (1)**
  32:13
**slipped (1)**
  6:24
**sloppy (1)**
  20:24
**smell (15)**
  18:15,16,21;19:14,
  21,24;20:8,9,22;21:2,
  18;22:12;27:24;29:18,
  20
**smelling (1)**
  29:10
**Smith (5)**
  5:9;7:14;19:13,18;
  29:13
**somebody (4)**
  27:2,2,13,14
**someone (1)**
  30:14
**Someone's (1)**
  3:11
**somewhere (1)**
  21:10
**son (2)**
  6:13;23:14
**sorry (4)**
  20:16,16;28:25;31:2
**sound (1)**
  4:25
**speak (2)**
  3:9;33:16
**Special (6)**
  3:6,12;5:7;7:14;8:6;
  26:7
**spoke (2)**
  8:10,20
**stand (3)**
  13:4;21:8;34:12
**standing (2)**
  12:18,20
**start (2)**
  6:9;7:14
**started (4)**
  4:14;12:24;24:17;
  33:6
**State (1)**
  26:22
**stay (2)**
  12:5;16:25
**stays (3)**
  15:18,21;16:25

**step (1)**
  16:16
**stepped (1)**
  30:24
**sticker (1)**
  32:24
**still (1)**
  30:25
**stop (2)**
  4:6;20:17
**straight (3)**
  3:11;5:5;31:19
**Street (4)**
  15:21;16:16;17:1,4
**stuff (6)**
  9:3;12:8;13:10,12,
  19;26:6
**subject (1)**
  18:11
**sure (3)**
  15:18;17:3;27:4
**SUV (5)**
  9:13,24,25,25;10:2
**system (1)**
  25:23

**T**

**talk (6)**
  4:3,6;8:17;11:16;
  13:1;21:11
**talked (5)**
  11:5;12:1,2;18:15,23
**talking (20)**
  4:17;10:22,25;11:12,
  18,20,22;12:3,8,11,18,
  21,21,22,22,22,24;
  13:15;19:15;32:7
**telling (2)**
  22:17;29:24
**ten (1)**
  15:11
**texted (3)**
  23:20,24;24:23
**thirty (2)**
  6:9;19:3
**though (1)**
  27:21
**thought (1)**
  29:2
**threw (5)**
  15:15,20,23;33:23;
  34:3
**throughout (1)**
  19:25
**ticket (6)**
  9:2;15:23;32:17,18,
  21,25
**times (1)**
  22:10
**today (2)**
  32:11;33:2
**together (3)**
  7:23;19:1;21:21
**told (11)**
  6:16;19:9,21;20:9,
  22;22;9;26:20;27:13;
  29:5,17;32:19
**TONY (6)**
  3:3,6;23:3,4;26:23;
  29:23
**took (4)**
  22:13;23:16;25:11,
  12
**top (3)**
  14:23;18:5,6
**touch (1)**
  18:2
**towards (1)**
  8:14
**towel (5)**
  16:4,4,5;31:24;33:25
**track (1)**
  25:17
**traffic (1)**
  26:8
**trash (9)**
  15:15,20,23;16:6;
  31:25;32:6,10;34:3,4
**truth (2)**
  4:22;27:4
**trying (4)**
  6:19;10:3;14:25;
  26:3
**Tuesday (3)**
  28:7,8,13
**Tuesdays (1)**
  32:12
**turn (1)**
  10:4
**turned (2)**
  10:5;15:19
**twenty (1)**
  23:11
**two (2)**
  18:25;21:6

**U**

**uncommon (1)**
  4:1
**Under (1)**
  18:5
**underwear (1)**
  14:10
**undo (1)**
  25:7
**uniform (3)**
  30:8,10,16
**up (37)**
  3:10,11;5:6;8:6,9,20;
  9:17;10:6,14;12:12,12,
  23;13:4,8;14:5,7,8;
  18:12;19:19;20:14;
  21:8,17,20;22:4;24:9,
  20;28:20,22;30:6,9;
  31:4,19,24;33:1,9,24,
  25

**V**

**vaginal (1)**
  18:2
**Valencia (1)**
  5:19
**vehicle (7)**
  12:19,24;14:5;20:5;
  31:14;32:19;34:1
**video (2)**
  4:25;30:24
**violated (1)**
  26:22

**W**

**waiting (1)**
  8:16
**walk (2)**
  14:7,8
**WALKER (2)**
  3:2;7:7
**wallet (5)**
  15:5,6,7;33:11,12
**wanna (1)**
  28:1
**warrant (2)**
  32:21,23
**watching (1)**
  24:21
**waved (2)**
  9:8,9
**way (4)**
  5:2;16:23,24;21:20
**wearing (1)**
  14:12
**Wednesday (1)**
  32:11
**weird (1)**
  33:4
**weren't (1)**
  18:7
**West (4)**
  23:15,18,25;24:16
**whatnot (2)**
  16:9;21:7
**what's (3)**
  4:24;7:2;32:11
**Whoa (2)**
  3:18;19:24
**who's (1)**
  23:25
**Williams (1)**
  23:2
**WILLIAMSON (2)**
  3:3,6
**window (3)**
  10:21;19:23;20:8
**woman (2)**
  8:1;30:6
**women (1)**
  7:24
**word (1)**
  29:24
**work (1)**
  3:12
**worked (1)**
  5:6
**worker (2)**
  8:17;9:10
**working (2)**
  8:6;9:10
**worksheet (1)**
  23:14
**Wow (5)**
  16:8;19:11;22:15;
  25:3;26:6
**wrap (1)**
  31:24
**wrapper (4)**
  15:25;31:25;33:18;
  34:5

**Y**

**y'all (12)**
  5:11;11:16;12:11,12,
  18,18;19:12;20:3;
  21:10,21;29:12;31:14

**Z**

**zipper (1)**
  25:7

**1**

**10:00 (2)**
  8:8,22
**10:30 (1)**
  24:15
**10:30-ish (1)**
  6:19
**12:00 (3)**
  9:20,20,21
**1312 (2)**
  16:16,18
**14 (1)**
  6:21
**15th (2)**
  17:1,3

**2**

**25 (2)**
  7:18,22

**3**

**3 (1)**
  32:22

**5**

**5:00 (1)**
  24:9
**589-4004 (1)**
  30:1

**7**

**7:00 (1)**
  7:15
**706 (1)**
  30:1
**706-589-4004 (1)**
  23:10

**8**

**8:00 (1)**
  24:16