

# Employee Comprehensive Report

Police Trak Systems
A Division of EMCS, Inc.
PO BOX 350057
Jacksonville, FL 32235-0057
Phone: 904-738-8048 Fax: 904-220-9796

Printed: July 17, 2019

## CONFIDENTIAL EMPLOYEE RECORD - AUTHORIZED DISTRIBUTION ONLY



**WALKER, Charlie T. (Deputy)**

ID: 15387 Badge #: B949

SSN: - - DOB: / / Race: B Sex: M

DL #: State: Expires: / /

Division: Field... Unit: Hire Date: 08/06/2011

Education Level:

---

Report of Involvement in Internal Cases Follows.

**WALKER, Charlie T. (Deputy)**

## Allegations

| IA Case # | Date | Allegation | Finding |
|---|---|---|---|
| II16-05-46 | 05/26/2016 | Body worn camera policy violation (unsat.perf) ~ Policy 3.7-1 (5.3-7) | Sustained |
| **Action Taken:** | Written Warning | | |
| II16-11-02 | 11/04/2016 | Body worn camera policy violation (unsat.perf) ~ Policy 3.7-1 (5.3-7) | Sustained |
| **Action Taken:** | Suspended | | |
| **Details:** | 1 day suspension | | |
| II17-03-18 | 02/10/2017 | Body worn camera policy violation (unsat.perf) ~ Policy 3.7-1 (5.3-7) | Sustained |
| **Action Taken:** | Suspended | | |
| **Details:** | 7 Days Suspension<br>1 Year Probation<br>Research Paper<br>7 Days SWOP<br>Restitution of Bike & Cell Phone | | |

Total Allegations: 3

**Notes:**

No Notes

RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

17-03-18

**DEPUTY:** Charlie Walker **EMPLOYEE ID:** 15387

**DATE OF VIOLATION:** February 10, 2017

**VIOLATION OF S.O.P. #:** 5.3-7 (Audio and Video Recording System), 4.6 (Report Required When Force Used), 4.26 (Unsatisfactory Performance)

On Thursday, February 23, 2017 I was contacted by Sgt. Glen Rahn (Internal Affairs) reference the following complaint.

On Friday, February 10, 2017 Deputy Charlie Walker and Deputy Christopher Moore responded to 3325 Mike Padgett Hwy for a disorderly subject. The subject (Lockhart, Ronnie) was located riding a bicycle on Preston Drive. When confronted by Deputy Moore the subject took a fighting stance and refused to follow verbal commands. Deputy Moore displayed his TASER, and the subject took a kneeling position, but continued to disregard orders. Deputy Walker struck the subject twice in the left arm with his ASP baton at which time the subject complied. Deputy Walker and Moore then intentionally deactivated their BWC's after a brief conversation to do so. Deputy Moore then transported the subject to Willow Street (Hyde Park) and dropped him off. Deputy Walker followed behind. The subject's bicycle and cell phone were left at the Preston Drive area where it was eventually stolen.

Supervisor Investigation revealed that both deputies' utilized force which was justified, but neither completed a Use of Force Report per policy. Both deputies then deactivated their BWC's before the call was completed which violated policy. They then had a conversation, and decided to drop the subject off somewhere. The area he was dropped off at was miles from his residence. Due to the bicycle and cell phone being left behind, it was stolen, and has not been recovered at this time. Both deputies cleared up with no action taken.

This is the 3rd BWC violation for Deputy Walker

5/26/16- (5.3-7 Audio and Video Recording) Written Warning

11/4/16- (5.3-7 Audio and Video Recording) 1 Day Suspension

**DISCIPLINARY ACTION INITIATED BY:** Lt. Danny Whitehead

**DATE:** February 27, 2017

**PROPOSED ACTION:** 7 Days Suspension and Reimbursement for Lost/Stolen Property

RICHMOND COUNTY SHERIFF'S OFFICE
**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

**REVIEWED BY: (IF APPLICABLE)**

| | | DATE | Agree | Disagree | **Recommendation** |
|---|---|---|---|---|---|
| CORPORAL: | | DATE: | ☐ Agree | ☐ Disagree | |
| SERGEANT: | | DATE: | ☐ Agree | ☐ Disagree | |
| LIEUTENANT: | [signature] | DATE: 022717 | ☒ Agree | ☐ Disagree | |
| CAPTAIN: | [signature] | DATE: 022717 | ☐ Agree | ☒ Disagree | TERMINATION |
| MAJOR: | [signature] | DATE: 28 Feb 17 | ☐ Agree | ☒ Disagree | See below |
| COLONEL: | Robert Pretane | DATE: 2/28/17 | ☒ Agree | ☐ Disagree | Agree w/ below |
| CHIEF DEPUTY: | [signature] | DATE: 2-28-17 | ☒ Agree | ☐ Disagree | See below |
| SHERIFF: | [signature] | DATE: 030217 | ☐ Agree | ☐ Disagree | see final Disp. |

**FINAL DISPOSITION:**

7 days SWOP & the below listed conditions

**EMPLOYEE'S SIGNATURE:** [signature]

7 days SWOP - 5 for Use of Force, 2 for BWC issue, in that he directed deputy to turn off camera.

Research paper on topic of City of Canton, Ohio vs. Harris and how it pertains to this incident, 12 month probation.

Restitution to victim of bike and cell phone.

Major Steven Stickles

Case Number: ______________

**RICHMOND COUNTY SHERIFF'S DEPARTMENT**
**STATEMENT FORM**

Full Name (print): Walker (Last Name) Charlie (First Name) ______ (Middle Name) Date of Birth: ______ (Month / Day / Year)

Social Security Number: ______________ Telephone # (Home): ______________ (Work): ______________

Address: ______________ (Street) ______ (City) ______ (State) ______ (Zip)

Driver's License Number: ______________ State: ______________

***STATEMENT***

On 02/10/17 I responded to a call at the Huddle House (3325 Mike Padgett) in reference a subject on scene causing a disturbance. I made contact with the manager outside in the parking lot, who advised a white male subject who was intoxicated was causing a disturbance. While I was talking to the manager, the male subject came out of the business and jumped on his bicycle. By that time Dep Moore had arrived on scene. I had instructed Dep Moore that the subject went in the direction of Victor Rd. As I got back into my vechicle, I was able to make with the subject and Dep Moore. By that time the subject had jumped off his bicycle and took a fighting stance towards Dep Moore. Dep Moore then presented his taser and instructed the subject to get on the ground. The subject refused that is when we both approached the subject and placed the subject on the ground. The subject was refusing to lay on his stomach, that is when presented my asp baton and struck the subject in the left forearm causing the to fall to his stomach. Subject was then placed in handcuffs and search for any weapons or drugs.

I advised Dep Moore due to the subject's level of intoxication we should drop the subject off in Hyde Park to sleep off the alcohol. Subject was dropped off in Hyde Park without his bicycle, which I left at the scene. About 20 minutes I rode back through Victor Rd and the bicycle was still laying on the ground.

At the time we dropped the subject off, the subject was still possession of his wallet, watch, and knives.

End of Statement

Signature: [signature]

Date: 02/26/17

**Department Use Only**

Statement From: Driver – Vehicle #: ______ Passenger – Vehicle #: ______ Witness: ______

Deputy: ______________ Car #: ______ Computer #: ______



# Employee Comprehensive Report

Police Trak Systems
A Division of EMCS, Inc.
PO BOX 350057
Jacksonville, FL 32235-0057
Phone: 904-738-8048 Fax: 904-220-9796

Printed: March 13, 2017

**CONFIDENTIAL EMPLOYEE RECORD - AUTHORIZED DISTRIBUTION ONLY**

**WALKER, Charlie T. (Deputy)**



ID: 15387 Badge #: B949

SSN: - - DOB: / / Race: B Sex: M

DL #: State: Expires: / /

Division: Field... Unit: Hire Date: 08/06/2011

Education Level:

---

Report of Involvement in Internal Cases Follows.

# CITY OF CANTON VS. GERALDINE HARRIS

## BY CHARLIE WALKER

## DEDCIDED FEB. 28 1989

On the morning of April 28, 1978, Geraldine Harris was driving her daughter to school when she was stopped for speeding. At the time Mrs. Harris was a fifty-two year old African American woman with a high school education. Mrs. Harris was also mother of eight children. Of Mrs. Harris' children one was a physician and another was a judge. Mrs. Harris also had a son Ronnie "Mazel" Harris who was known for not joining other African Americans during the 1968 Olympics in salute of the Black Power protest after winning a gold medal in boxing. Mr. Harris was encouraged by his mother not to engage in such demonstration.

That early morning, Mrs. Harris was stopped by an officer of Canton Police Dept. for speeding. Leading up to her arrest, the officer stated that Mrs. Harris was uncontrollably upset and refused to provide her driver license (which Mrs. Harris denied). Mrs. Harris was later taken into custody for being uncooperative. Once they arrived at the jail, Mrs. Harris found lying on the floor of the paddy wagon. After being taken to the jail, Mrs. Harris was again found at least twice slumped over to the floor at the jail. When asked by the officers did she need medical attention Mrs. Harris did not respond because was incoherent at that time. Mrs. Harris was later release and escorted to hospital in an ambulance in which her family provided. When Mrs. Harris was finally released from the hospital she was diagnosed with severe emotional ailments which caused her to be incoherent at the time. It was believe at the time of the arrest Mrs. Harris was so upset it caused her body to go in some type of shock.

Sometime later Mrs. Harris filed a civil suit against the City of Canton claiming the officers violated her Due Process Fourth Amendment constitutional right. Claiming they refused to give her medical attention when she was in was in custody. Mrs. Harris was awarded 200,000.00 but jury did not find wrong doing by the officers.

Ten years later Mrs. Harris's case was heard in the Supreme Court where in Febuary of 1989 the verdict was overturned claiming the officers did violate Mrs. Harris fourth amendment constitutional right. By this time the Supreme Court had adopted a strict "deliberate indifference" standard. Meaning you are held accountable for actions and disregard any actions that cause harm or might result in any harm. The Supreme Court required the City of Canton to prove the need of additional training was obvious. The Supreme Court stressed that the adequate training that officers should have received especially the supervisors would have prevented the constitutional wrong.

The Supreme Court did find in favor of Mrs. Harris claim, stating the officers should have provided Mrs. Harris with appropriate medical attention and at the time the commanders did not have the proper training to address the situation.



# Employee Comprehensive Report

Police Trak Systems
A Division of EMCS, Inc.
PO BOX 350057
Jacksonville, FL 32235-0057
Phone: 904-738-8048 Fax: 904-220-9796

Printed: November 07, 2016

## CONFIDENTIAL EMPLOYEE RECORD - AUTHORIZED DISTRIBUTION ONLY

**WALKER, Charlie T. (Deputy)**



ID: 15387 Badge #: B949

SSN: - - DOB: / / Race: B Sex: M

DL #: State: Expires: / /

Division: Field... Unit: Hire Date: 08/06/2011

Education Level:

---

Report of Involvement in Internal Cases Follows.

**WALKER, Charlie T. (Deputy)**

## Allegations

| IA Case # | Date | Allegation | Finding |
|---|---|---|---|
| II16-05-46 | 05/26/2016 | Body worn camera policy violation (unsat.perf) ~ Policy 3.7-1 (5.3-7) | Sustained |
| **Action Taken:** | Written Warning | | |
| II16-11-02 | 11/04/2016 | Body worn camera policy violation (unsat.perf) ~ Policy 3.7-1 (5.3-7) | Sustained |
| **Action Taken:** | Suspended | | |
| **Details:** | 1 day suspension | | |

Total Allegations: 2

**Notes:**

No Notes

# RECORD OF DISCIPLINARY

**NAME:** WALKER, Charlie B949 **DOE:** 080611

| VIOLATION | CODE | OFF. DATE | ACTION TAKEN |
|---|---|---|---|
| Reporting for Duty | 3.5 C | 03/24/12 | Letter of Counsel |
| Reporting for Duty | 3.5 C | 06/16/12 | Written Warning |
| Reporting for Duty | 3.5 C | 08/15/12 | 2 Days Suspension |
| Reporting for Duty | 3.7.1 | 07/08/14 | Written Warning |
| Reporting for Duty | 3.7.1 | 07/26/14 | 1 Day Suspension |
| Audio nnd Video Recording (BWC) | 5.3-7 | 05/22/16 | Written Warning |
| Audio nnd Video Recording (BWC) | 5.3-7 | 11/01/16 | 1 Day Suspension (served 11/09/16) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RICHMOND COUNTY SHERIFF'S OFFICE
Sheriff Richard Roundtree
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

16-11-02

**DEPUTY:** Charlie Walker **EMPLOYEE ID:** CW15387

**DATE OF VIOLATION:** November 1, 2016

**VIOLATION OF S.O.P. #:** 5.3-7 (Audio and Video Recording)

While spot checking the use of the BWC it was revealed that Deputy Walker had not turned in an SD Video Card since the camera was issued to him in February 2016. Deputy Walker had (2) SD Cards in his possession that had video footage, but that never were downloaded. Deputy Walker stated that there has been several times that he did not activate the BWC while on a call.

*Supervisor Notes*

Deputy Walker failed to follow RCSO Policy that covers the use of the BWC. Deputy Walker was issued a written warning for failure to activate the BWC while on a call on May, 22, 2016.

**DISCIPLINARY ACTION INITIATED BY:** Lt. Danny Whitehead

**DATE:** 11/4/2016

**PROPOSED ACTION:** 1 Day of Suspension (8 Hours)

**REVIEWED BY: (IF APPLICABLE)**

| | Name | | Date | Agree | Disagree |
|---|---|---|---|---|---|
| **CORPORAL:** | | **DATE:** | | ☐ Agree | ☐ Disagree |
| **SERGEANT:** | | **DATE:** | | ☐ Agree | ☐ Disagree |
| **LIEUTENANT:** | Danny Whitehead [signature] | **DATE:** | 11/04/2016 | ☑ Agree | ☐ Disagree |
| **CAPTAIN:** | [signature] | **DATE:** | 11/04/16 | ☑ Agree | ☐ Disagree |
| **MAJOR:** | | **DATE:** | | ☐ Agree | ☐ Disagree |
| **COLONEL:** | | **DATE:** | | ☐ Agree | ☐ Disagree |
| **CHIEF DEPUTY:** | | **DATE:** | | ☐ Agree | ☐ Disagree |
| **SHERIFF:** | | **DATE:** | | ☐ Agree | ☐ Disagree |

**SHERIFF'S OR DESIGNEE RECOMMENDATION:**

**EMPLOYEE'S SIGNATURE:** [signature]

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

16-05-46

**DEPUTY:** Charlie Walker **EMPLOYEE ID:** CW15387

**DATE OF VIOLATION:** 05/22/16

**VIOLATION OF S.O.P. #:** 5.3-7 (Audio and Video Recording System)

On 052216 at 1449 hours, Deputy Walker responded to 2459 Sumac DR. in reference to trouble with a subject. Cpl. Lundy received a complaint from Major Strickland and was asked to view the videos of all deputies on scene. Deputy Walker failed to activate his camera when arriving on scene and was unable to provide video of his conversation with the complainant. I have talked with Deputy Walker about the importance of activating his BWC and he understands. Deputy Walker stated that this would not happen again.

Note: This is Deputy Walker's first violation of the BWC policy.

**DISCIPLINARY ACTION INITIATED BY:** Cpl. Kelly Lundy

**DATE:** 05/26/16

**PROPOSED ACTION:** Written Warning

**REVIEWED BY: (IF APPLICABLE)**

| | | | | |
|---|---|---|---|---|
| **CORPORAL:** | [signature] | **DATE:** 053016 | ☑ Agree | ☐ Disagree |
| **SERGEANT:** | | **DATE:** | ☐ Agree | ☐ Disagree |
| **LIEUTENANT:** | | **DATE:** | ☐ Agree | ☐ Disagree |
| **CAPTAIN:** | | **DATE:** | ☐ Agree | ☐ Disagree |
| **MAJOR:** | | **DATE:** | ☐ Agree | ☐ Disagree |
| **COLONEL:** | | **DATE:** | ☐ Agree | ☐ Disagree |
| **CHIEF DEPUTY:** | | **DATE:** | ☐ Agree | ☐ Disagree |
| **SHERIFF:** | | **DATE:** | ☐ Agree | ☐ Disagree |

**SHERIFF'S OR DESIGNEE RECOMMENDATION:**

**EMPLOYEE'S SIGNATURE:** [signature]

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

**DEPUTY:** Charlie Walker **EMPLOYEE ID:** 15387
**DATE OF VIOLATION:** 07/26/14
**VIOLATION OF S.O.P. #:** Reporting for Duty 3.7.1

Deputy Walker has reported late for duty three times in the last two months. On 6/28/14 Deputy Walker failed to report for duty. Cpl. Bell attempted to call him four times via cell phone, but was unsuccessful. A unit was sent to his residence, but he was not at home. Deputy Walker returned Cpl. Bell call at 0638 hours and stated that his alarm clock did not go off. Deputy Walker arrived for duty at 0658 hours and was issued a Letter of Counsel.

On 7/8/14 Deputy Walker failed to report for duty at the Salem Arms Mini Substation. Deputy Walker called Cpl. Bell at 0608 hours and stated that he was at the Southside Substation and that he had been there for about 5 minutes. He also stated that he was late because he had overslept. Deputy Walker was issued a Warning. I also counselled Deputy Walker in my office and offered him some suggestions on how to avoid being late. He also was advised of the consequences for continuing to violate the Sheriff's Office policy for Reporting for Duty.

On 7/26/14 Deputy Walker walked into muster at approximately 0600 hours. Again he stated that he had overslept because he did not hear his alarm clock.

Deputy Walker stated that in the future he would use self-discipline to ensure that he is not late for duty; however, due to the previous violations, Deputy Walker will be suspended for a period of 1 day (8 hours) beginning 8/8/14.

**DISCIPLINARY ACTION INITIATED BY:** Lt. Elijah M. Parker

**DATE:** 8/5/14

**TYPE DISCIPLINE:** 1 Day Suspension (8Hrs.)

**EMPLOYEE'S SIGNATURE:** [signature]



# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

**DEPUTY:** Charlie Walker, B949 **EMPLOYEE ID:** 15387

**DATE OF VIOLATION:** July 8, 2014

**VIOLATION OF S.O.P. #:** 3.7.1 Reporting for Duty

On 07/08/14 Dep. Charlie Walker did not report for Muster at the Salem Arms Mini-Sub. Dep. Walker called me at 0608 hrs. and stated he was at the Southside Substation. Dep. Walker stated he had been there for about 5 minutes and that he was late because he overslept.

**DISCIPLINARY ACTION INITIATED BY:** Cpl. Steven Bell, C-60

**DATE:** July 08, 2014

**TYPE DISCIPLINE:** Warning

**EMPLOYEE'S SIGNATURE:** [signature]

# EMPLOYEE COUNSELING STATEMENT

***EMPLOYEE'S NAME:*** Charlie Walker ***DIVISION:*** CBWDC- A SHIFT

***Date of Violation:*** 061413 ***Date of Counsel:*** 061413

For the purpose of aiding supervisory skills and to improve the performance of personnel within the Richmond County Sheriff's Office, the following matter(s) have been discussed with the above listed employee:

At 0553hrs. you entered the muster room while Captain Huffman was conducting a short talk on the use of taser's.You were asked by him if you knew what time muster begins and you replyed you sir.Muster starts promptly at 0545hrs.,and you are expected to make it on time. You have been warned several times of your lateness, this will not be tolerated any longer or further action will be taken.

*Employee Response:* ______

# EMPLOYEE WARNING STATEMENT

***EMPLOYEE'S NAME:*** ______ ***DIVISION:*** ______

***Date of Violation:*** ______ ***Date of Warning:*** ______

***Location Violation Occurred:*** ______

***Violation Code & Title:*** ______

*Supervisor's Statement:* ______

*Employee Response:* ______

**I HAVE READ AND UNDERSTAND THE ABOVE COUNSELING/WARNING STATEMENT.**

Charlie Walker 061413 Lt. R. West 061413

*EMPLOYEE SIGNATURE* *DATE* *SUPERVISOR'S SIGNATURE* *DATE*

# EMPLOYEE COUNSELING STATEMENT

***EMPLOYEE'S NAME:*** Charlie Walker ***DIVISION:*** CBWDC- A Shift

***Date of Violation:*** 03-24-12 ***Date of Counsel:*** 03-24-12

For the purpose of aiding supervisory skills and to improve the performance of personnel within the Richmond County Sheriff's Office, the following matter(s) have been discussed with the above listed employee:

At 0545hrs. on Saturday March 24, 2012, you failed to report for duty. I called you at 0600hrs. and you stated that you had over slept. It's your responsibility to report to work on time.

*Employee Response:* __________

# EMPLOYEE WARNING STATEMENT

***EMPLOYEE'S NAME:*** __________ ***DIVISION:*** __________

***Date of Violation:*** __________ ***Date of Warning:*** __________

***Location Violation Occurred:*** __________

***Violation Code & Title:*** __________

*Supervisor's Statement:* _____

*Employee Response:* __________

**I HAVE READ AND UNDERSTAND THE ABOVE COUNSELING/WARNING STATEMENT.**

Charlie Walker 03/24/12 Sgt Gwen Carter 3-24-12

*EMPLOYEE SIGNATURE* *DATE* *SUPERVISOR'S SIGNATURE* *DATE*

# EMPLOYEE COUNSELING STATEMENT

4.26 C

*EMPLOYEE'S NAME:* Walker, Charlie *DIVISION:* CBWDC - Jails

*Date of Violation:* 12-12-11 *Date of Counsel:* 12-12-11

For the purpose of aiding supervisory skills and to improve the performance of personnel within the Richmond County Sheriff's Office, the following matter(s) have been discussed with the above listed employee:

At approximately 1250 hours this date, there was a medical issue on H Pod. Dep. Davidson was off the pod when you left the pod to do an outside security check. There should be 2 people on H Pod at all times. If there is a medical emergency, at least one deputy should be able to respond to the block while the deputy in the tower calls for medical personnel.

*Employee Response:* __________

## EMPLOYEE WARNING STATEMENT

*EMPLOYEE'S NAME:* __________ *DIVISION:* __________

*Date of Violation:* __________ *Date of Warning:* __________

*Location Violation Occurred:* __________

*Violation Code & Title:* __________

*Supervisor's Statement:* _____

*Employee Response:* __________

**I HAVE READ AND UNDERSTAND THE ABOVE COUNSELING/WARNING STATEMENT.**

| Charlie Walker | 12/12/11 | Terri Zeasing | 12-12-11 |
|---|---|---|---|
| *EMPLOYEE SIGNATURE* | *DATE* | *SUPERVISOR'S SIGNATURE* | *DATE* |

# EMPLOYEE COUNSELING STATEMENT

***EMPLOYEE'S NAME:*** Dep. Charlie Walker ***DIVISION:*** CBWDC/ A-Shift

***Date of Violation:*** November 4, 2011 ***Date of Counsel:*** November 6, 2011

4.26C

For the purpose of aiding supervisory skills and to improve the performance of personnel within the Richmond County Sheriff's Office, the following matter(s) have been discussed with the above listed employee:

November 4, 2011 during Pill Call on B-Pod; nurse Martin informed you that an inmate was masturbating in the window. You stated to the nurse that you would take care of it; but you did not. You should have identified the inmate and taken him to the lockdown block. This was unsatisfactory performance.

*Employee Response:* ______

# EMPLOYEE WARNING STATEMENT

***EMPLOYEE'S NAME:*** ______ ***DIVISION:*** ______

***Date of Violation:*** ______ ***Date of Warning:*** ______

***Location Violation Occurred:*** ______

***Violation Code & Title:*** ______

*Supervisor's Statement:* ______

*Employee Response:* ______

**I HAVE READ AND UNDERSTAND THE ABOVE COUNSELING/WARNING STATEMENT.**

| Charlie Walker | 11/06/11 | Sgt Steven Carter | 11/6/11 |
|---|---|---|---|
| *EMPLOYEE SIGNATURE* | *DATE* | *SUPERVISOR'S SIGNATURE* | *DATE* |

# EMPLOYEE COUNSELING STATEMENT

***EMPLOYEE'S NAME:*** Walker, Charlie ***DIVISION:*** CBWDC (Jails)

***Date of Violation:*** 12-27-11 ***Date of Counsel:*** 01-04-11

For the purpose of aiding supervisory skills and to improve the performance of personnel within the Richmond County Sheriff's Office, the following matter(s) have been discussed with the above listed employee:

On Tuesday, December 27, 2011, you were advised by Lt. Taryl Elim that your driver's license was expired. She instructed you to get you license renewed and to take a copy of the license to Ms. Hackney on Wednesday, December 28, 2011. Only after you were contacted by Jail Administration on Thursday, December 29, 2011 did you contact Ms. Hackney. You advised her you renewed your license on-line. When I spoke to you today (01-04-12) you stated you could not leave your residence because your child was sick. While I understand this was an issue, you still should have contacted Ms. Hackney to let her know what was going on. Instead, Jail Administration had to call you on Thursday afternoon, December 29, 2011, to find out the status of your license. In the future, when given an order, you should follow those instructions. If there are special circumstances preventing you from doing so, you should contact your supervisor as soon as possible to advise them what is happening.

*Employee Response:* ______________________________

# EMPLOYEE WARNING STATEMENT

***EMPLOYEE'S NAME:*** ______________ ***DIVISION:*** ______________

***Date of Violation:*** ______________ ***Date of Warning:*** ______________

***Location Violation Occurred:*** ______________

***Violation Code & Title:*** ______________

*Supervisor's Statement:* _____

*Employee Response:* ______________________________

**I HAVE READ AND UNDERSTAND THE ABOVE COUNSELING/WARNING STATEMENT.**

| Chal Walker | 01/04/12 | Terri Deasly | 1-4-12 |
|---|---|---|---|
| *EMPLOYEE SIGNATURE* | *DATE* | *SUPERVISOR'S SIGNATURE* | *DATE* |