IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| VALENCIA COLON,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD ROUNDTREE, HARDIE DAVIS, WILLIAM FENNOY, DENNIS WILLIAMS, MARY DAVIS, SAMMIE SIAS, BOBBY WILLIAMS, BEN HASAN, SEAN FRANTOM, BRANDON GARRETT, MARION WILLIAMS, JOHN CLARKE, ODIE DONALD II, MAURICE MCDOWELL, CHARLIE T. WALKER, JOHN DOES 1-5, and ABC CORP 1-5,<br><br>    Defendants. | CASE NO.: 1:21-cv-149 |

### DEFENDANTS' NOTICE OF INTENT TO FILE A REPLY BRIEF

COME NOW Defendants pursuant to Local Rule 7.6 and provide notice of their intent to file a Reply Brief in response to Plaintiff's Response to Defendants' Motion for Partial Summary Judgment (Doc. 28).

Respectfully submitted this 14th day of July, 2022.

/s/Tameka Haynes
**Randolph Frails**
Georgia Bar No. 272729
**Tameka Haynes**
Georgia Bar No. 453026

*Attorneys for Defendants*

1

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile:  706-855-7631
randyfrails@frailswilsonlaw.com
thaynes@frailswilsonlaw.com

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| VALENCIA COLON,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD ROUNDTREE, HARDIE DAVIS, WILLIAM FENNOY, DENNIS WILLIAMS, MARY DAVIS, SAMMIE SIAS, BOBBY WILLIAMS, BEN HASAN, SEAN FRANTOM, BRANDON GARRETT, MARION WILLIAMS, JOHN CLARKE, ODIE DONALD II, MAURICE MCDOWELL, CHARLIE T. WALKER, JOHN DOES 1-5, and ABC CORP 1-5,<br><br>    Defendants. | CASE NO.: 1:21-cv-149 |

### CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the foregoing **Notice** in accordance with ECF rules by electronically filing a copy with the Clerk of Court using the CM/ECF system, via email, or via the United States Mail with adequate postage attached thereon to:

J. Wickliffe Cauthorn
The Cauthorn Firm
201 Cherokee Street
Marietta, Georgia 30060
wick@thecauthornfirm.com

This 14th day of July, 2022.

/s/Tameka Haynes
**Randolph Frails**
Georgia Bar No. 272729
**Tameka Haynes**
Georgia Bar No. 453026

*Attorneys for Defendants*

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile: 706-855-7631
randyfrails@frailswilsonlaw.com
thaynes@frailswilsonlaw.com