IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| VALENCIA COLON,<br><br>  Plaintiff,<br><br>v.<br><br>RICHARD ROUNDTREE, HARDIE DAVIS, WILLIAM FENNOY, DENNIS WILLIAMS, MARY DAVIS, SAMMIE SIAS, BOBBY WILLIAMS, BEN HASSAN, SEAN FRANTOM, BRANDON GARRETT, MARION WILLIAMS, JOHN CLARKE, ODIE DONALD II, MAURICE MCDOWELL, CHARLIE T. WALKER, JOHN DOES 1-5 AND ABC CORP 1-5,<br><br>  Defendants. | CIVIL ACTION NO.: CV 121-149 |

## **ENTRY OF APPEARANCE**

COME NOW Attorney Randolph Frails and files this Entry of Appearance on Behalf of All Defendants. Attorney agrees to represent all Defendants in all actions in the above styled matter.

Respectfully submitted this 22th day of July 2022

                                                                                /s/Randolph Frails
                                                                                 **Randolph Frails**
                                                                                 Georgia Bar No. 272729
                                                                                 *Attorneys for Defendants*

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile:  706-855-7631
randyfrails@frailswilsonlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| VALENCIA COLON,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD ROUNDTREE, HARDIE DAVIS, WILLIAM FENNOY, DENNIS WILLIAMS, MARY DAVIS, SAMMIE SIAS, BOBBY WILLIAMS, BEN HASSAN, SEAN FRANTOM, BRANDON GARRETT, MARION WILLIAMS, JOHN CLARKE, ODIE DONALD II, MAURICE MCDOWELL, CHARLIE T. WALKER, JOHN DOES 1-5 AND ABC CORP 1-5,<br><br>    Defendants. | CIVIL ACTION NO.: CV 121-149 |

## CERTIFICATE OF SERVICE

This is to certify that the within and foregoing **Entry of Appearance** was served upon the following parties in accordance with ECF rules by electronically filing a copy with the Clerk of Court using the CM/ECF system, by email, or by depositing a copy in the United States Mail with adequate postage thereon to:

J. Wickliffe Cauthorn
The Cauthorn Firm
201 Cherokee Street
Marietta, Georgia 30060
wick@thecauthornfirm.com

Respectfully submitted this 22th day of July 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　  /s/Randolph Frails
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Randolph Frails**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 272729

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile:  706-855-7631
randyfrails@frailswilsonlaw.com