# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO. **1:21cv149**　　　　　　　　　　　　　　　　　　DATE **June 26, 2023**

TITLE **Valencia Colon v Charlie T. Walker**　　　　　　　TIMES **9 hours**

Honorable : **Brian K. Epps, United States Magistrate Judge**　　　Courtroom Deputy : **Courtnay Capps**

Court Reporter : **FTR**

| Plaintiff | Defendant |
|---|---|
| **Valencia Colon**<br>**Attorney Wickliffe Cauthorn** | **Charlie T. Walker**<br>**Attorney Tameka Haynes**<br>**Attorney Randolph Frails** |

PROCEEDINGS:　**Mediation - Augusta, Georgia**　　　　　　　　☐ In Court
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☑ In Chambers

NOTES:

Mediation held.
Case not settled.