**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

VALENCIA COLON,                  *
                                 *
    Plaintiff,              *
                                 *
        v.              *          CV 121-149
                                 *
CHARLIE T. WALKER,               *
                                 *
    Defendant.              *
                                 *

---

**ORDER AND NOTICE OF**
**PRETRIAL PROCEEDINGS**

---

The Court finds this case is ready for trial.  In preparation for trial, the Court **ORDERS** lead counsel for the Parties to meet and confer, in person, and prepare and file with the Clerk of this Court one consolidated proposed pretrial order.  The proposed pretrial order shall be filed **BY 5:00 P.M. ON WEDNESDAY, JUNE 26, 2024**.  Plaintiff's counsel has the responsibility to initiate compliance herewith.

The form of the proposed pretrial order can be located at the Court's website, www.gasd.uscourts.gov, under "Forms" → "Civil Forms" → "Consolidated Pretrial Order – Judges Hall, Bowen & Moore."  A Party's failure to comply with the requirements of this Order may result in dismissal of the complaint or other appropriate sanctions.  The Court will reject any proposed pretrial order prepared only from telephone conversations.  The proposed pretrial

order must include a paragraph stating the date, location, and duration of the meeting and the names of all counsel or Parties participating.  Unconsolidated proposed pretrial orders will not be accepted without the Court's written permission.

The Parties must submit all unresolved evidentiary objections and motions in limine **BY 5:00 P.M. ON FRIDAY, JULY 26, 2024.** Responses thereto must be submitted **BY 5:00 P.M. ON FRIDAY, AUGUST 9, 2024.**  The Clerk has scheduled the pretrial conference for **THURSDAY, AUGUST 22, 2024, AT 10:00 A.M.,** and jury selection and trial is scheduled for **MONDAY, AUGUST 26, 2024, AT 9:00 A.M.,** all to be held in the Second Floor Courtroom of the United States District Court located at 600 James Brown Boulevard, Augusta, Georgia 30901.  At the pretrial conference, the Court will take up any pending motions and will approve, disapprove, or direct amendment of the proposed pretrial order.  All trial exhibits (in digital format) and an exhibit list **MUST** be provided to the Court at the pretrial conference.  Lead counsel for each Party **MUST** attend the pretrial conference.

**ORDER ENTERED** at Augusta, Georgia, this ___7th___ day of March, 2024.

_____

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA